AO458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

__for THE__  DISTRICT OF __MASSACHUSETTS__

US
v
Scott Boidi

**APPEARANCE**

Case Number: 05-10025-GAO

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   Scott Boidi

Date: 2/4/05

Signature: [signed]

Print Name: Peter C. Horstmann
Partridge, Ankner + Horstmann
Address: 200 Berkeley St., 16th Floor
City: Boston  State: MA  Zip Code: 02116
Phone Number: (617) 859-9999