AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

### DISTRICT OF

UNITED STATES OF AMERICA

v.

Scott Boidi

**WARRANT FOR ARREST**

CASE NUMBER: 05 CR 10025 GAO

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest          Scott Boidi
                                            Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
Racketeering, Embezzlement of Union Assets (3 counts), Distribution of Drugs, Une of Communication Facility, Carry a Firearm, Witness Tampering (2 counts),

in violation of Title   18    United States Code, Section(s)   1962, 1512, 1505, 924(c) and 2
                        29                                     501(c)
                        21                                     841, 843(b)

Name of Issuing Officer: Catherine M. Gaultier

Signature of Issuing Officer

Title of Issuing Officer: Supervisor

Date and Location: 2-3-05 Boston

Bail fixed at $ _____ by _____
                                Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

WARRANT EXECUTED BY FBI
BY ARREST OF
DEFENDANT

DATE RECEIVED

DATE OF ARREST  2/3/05

NAME AND TITLE OF ARRESTING OFFICER   SIGNATURE OF ARRESTING OFFICER

This form was electronically produced by Elite Federal Forms, Inc.