UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
05-10025-GAO

UNITED STATES OF AMERICA

v.

SCOTT BOIDI

## FURTHER ORDER ON EXCLUDABLE TIME

March 17, 2005

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

March 4, 2005 through May 2, 2005,

the date between the expiration of the initial order on excludable time and the next status conference.

Based upon the prior order of the court dated February 4, 2005 and this order, at the time of the Interim Status Conference on May 2, 2005, there will be zero (0) days of non-excludable time under the Speedy Trial Act and seventy (70) days will remain under the Speedy Trial Act in which this case must be tried.

          / s / Judith Gail Dein
          JUDITH GAIL DEIN
          United States Magistrate Judge