UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
UNITED STATES              )
                           )
v.                         )
                           )     Criminal No.: 05 CR 10025-GAO
SCOTT R. BOIDI,            )
    Defendant.             )
_____)
```

## DEFENDANT SCOTT BOIDI'S EMERGENCY MOTION
## TO MODIFY CONDITIONS OF RELEASE

NOW COMES the Defendant Scott Boidi, through counsel, and respectfully moves this Honorable Court to modify the conditions of his Release to permit him to travel to the New England States of Rhode Island, Connecticut, New Hampshire, Vermont and Maine. In support thereof counsel states the following:

1. On February 4, 2005, this Court released Mr. Boidi on conditions that restricted his travel to the Commonwealth of Massachusetts.

2. The Defendant is employed by a construction company, which has construction contracts throughout New England and has mandatory employee training seminars scheduled in other New England states, which the Defendant is required to attend.

3. The Defendant is in full compliance with the terms and conditions of his Release.

4. The Pretrial Services Office has indicated that it does not object to the instant request.

5. The Government, through its representative, Assistant United States Attorney Laura Kaplan, has indicated that it does not object to the instant motion.

WHEREFORE, this Honorable Court is respectfully urged to issue an order modifying the conditions of the Defendant's Release to restrict his travel to the New England States of Massachusetts, Rhode Island, Connecticut, New Hampshire, Vermont and Maine.

Respectfully submitted,

Peter Charles Horstmann, Esquire
BBO #556377
PARTRIDGE, ANKNER & HORSTMANN, LLP
200 Berkeley Street
Boston, Massachusetts 02116
(617) 859-9999

Attorney for Defendant
Scott Boidi

## CERTIFICATE OF SERVICE

I, Peter Charles Horstmann, Esquire, hereby certify that on this 30th day of March, 2005, a copy of the foregoing DEFENDANT SCOTT BOIDI'S MOTION TO MODIFY CONDITIONS OF RELEASE was served, electronically upon United States Pretrial Services, One Courthouse Way, Boston, MA 02210, and Laura Kaplan, Assistant United States Attorney, United States Attorneys Office, One Courthouse Way, Boston, MA 02210.

Peter Charles Horstmann, Esquire