UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
UNITED STATES            )
                         )
v.                       )
                         )    Criminal No.: 05 CR 10025-GAO
SCOTT R. BOIDI,          )
     Defendant.          )
_____)

**ASSENTED TO MOTION OF DEFENDANT SCOTT BOIDI
TO CONTINUE INTERIM STATUS CONFERENCE**

NOW COMES the Defendant, Scott Boidi, through counsel, and respectfully moves this Honorable Court to continue the Interim Status Conference, which is currently scheduled for May 2, 2005 to May 12, 2005, at 2:45 pm. In support thereof counsel states the following:

1. This Court has scheduled an Interim Status Conference for May 2, 2005, at 2:30 pm.

2. An arraignment has also been scheduled at that time on the Superseding Indictment.

3. The undersigned counsel must attend a funeral in New York on May 2, 2005, and respectfully requests a brief continuance of the Interim Status Conference.

4. The Government through its representative Assistant United States Attorney Laura Kaplan has assented to the instant request.

5. The parties have agreed to a continuance date of May 12, 2005 at 2:45 pm.

WHEREFORE, this Honorable Court is respectfully urged to continue the Interim Status Conference to May 12, 2005, at 2:45 pm.

Respectfully submitted,

Peter Charles Horstmann, Esquire
BBO #556377
PARTRIDGE, ANKNER & HORSTMANN, LLP
200 Berkeley Street
Boston, Massachusetts 02116
(617) 859-9999

Attorney for Defendant
Scott Boidi

## CERTIFICATE OF SERVICE

I, Peter Charles Horstmann, Esquire, hereby certify that on this 29th day of April, 2005, a copy of the foregoing **ASSENTED TO MOTION OF DEFENDANT SCOTT BOIDI TO CONTINUE INTERIM STATUS CONFERENCE** was served, electronically upon Laura Kaplan, Assistant United States Attorney, United States Attorneys Office, One Courthouse Way, Boston, MA 02210.

Peter Charles Horstmann, Esquire