UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
05-10025-GAO

UNITED STATES OF AMERICA

v.

SCOTT BOIDI

## FURTHER ORDER ON EXCLUDABLE TIME

May 2, 2005

DEIN, M.J.

An Interim Status Conference was scheduled before this Court for May 2, 2005. The defendant, with the assent of the government, has requested a continuance due to a scheduling conflict. In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

May 2, 2005 - May 12, 2005

that being the period between the Interim Status Conference as originally scheduled and the Conference as rescheduled.

**The Interim Status Conference has been rescheduled for May 12, 2005 at 2:45 p.m. Counsel for the respective parties shall file a Joint Memorandum addressing the matters set forth in LR 116.5(A)(1) through (7) before the close of business no less than THREE business days prior to that Status Conference. In addition, the parties shall include in the Joint Memorandum not only the periods**

of excludable time that are applicable, but also the amount of time remaining under the Speedy Trial Act before trial must commence.

/ s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge