```
            UNITED STATES DISTRICT COURT
             DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )
v.                          )    Criminal No.05-10025(GAO)
                            )
SCOTT BOIDI                 )
```

### JOINT INITIAL STATUS CONFERENCE MEMORANDUM

Pursuant to Local Rule 116.5(A)(1)-(7), the parties jointly report the following to the court:

1.  The parties do not request that relief be granted from the otherwise applicable timing requirements imposed by L.R. 116.3.

2.  The defendant has not requested discovery concerning expert witnesses.

3.  The parties do not anticipate providing additional discovery with the exception of any report(s) the government may receive from the FBI's Records and Racketeering Unit ("RRAU") with respect to certain betting slips and any reciprocal discovery the defendant may possess.

4.  The parties request that the court establish a motion date under Fed. R. Crim. P. 12(c).

5.  The parties request that the period of time between February 4, 2005 and March 17, 2005 be excluded under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(8)(A).

6.  The parties are continuing to discuss a possible early resolution of this case. Should the parties not be able to resolve this case short of trial, the parties anticipate a trial which will

last approximately two weeks.

    7.   The parties request that an Interim Status Conference be scheduled for thirty (30) days from the date of this order.

                                      Respectfully submitted,

                                      MICHAEL J. SULLIVAN
                                    United States Attorney

                          By:   _/Laura J. Kaplan/_____
                               LAURA J. KAPLAN
                               Assistant U.S. Attorney

SCOTT BOIDI

By:   __/Peter Horstmann/_
      PETER HORSTMANN, ESQ.

Date: March 17, 2005