UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
UNITED STATES              )
                           )
v.                         )
                           )    Criminal No.: 05 CR 10025-GAO
SCOTT R. BOIDI,            )
        Defendant.         )
_____)

## SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION FOR DISCOVERY OF GRAND JURY MINUTES

The Defendant, Scott Boidi, ("Boidi"), previously filed a Motion for Discovery of Grand Jury Minutes relating to several counts of the First Superceding Indictment based upon the nature of the evidence presented to the Grand Jury. With respect to Count Three, the Government has charged an embezzlement of $1,802.56 for Hertz rental car expenses incurred from October 14, 2001 to November 3, 2001. (Attached hereto as Exhibit 1). These expenses were apparently approved by the union at an Executive Board meeting on November 6, 2001, at which the minutes reflect the following entry:

"H) To pick-up all **bills** for the rental car, while the union car was being repaired." (Attached hereto as Exhibit 2). Another rental car invoice from Sentry car rental for the period of November 5, 2001 to November 7, 2001, matches the time period of repair shop invoice November 5, 2005 to November 7, 2005.[1] However, given the time frame of the Hertz rental in close proximity to the repair invoice, the Board minutes and the fact that Boidi was never asked by the union to pay back any portion of these expenses, it is doubtful that the Government could ever prove embezzlement. At a minimum, this

---

[1] The Exhibits attached hereto and described herein were produced by the Government through discovery.

1

evidence calls into question the testimony and instructions which were given to the Grand Jury regarding this expenditure by Boidi.[2]

Based upon the foregoing, the Defendant respectfully requests this Honorable Court enter an order requiring the Government to disclose any and all grand jury testimony and instructions to the grand jury regarding this Count.

Respectfully submitted,

Peter Charles Horstmann, Esquire
BBO #556377
PARTRIDGE, ANKNER & HORSTMANN, LLP
200 Berkeley Street
Boston, Massachusetts 02116
(617) 859-9999

Attorney for Defendant
Scott Boidi

## CERTIFICATE OF SERVICE{tc "CERTIFICATE OF SERVICE"}

I, Peter Charles Horstmann, Esquire, hereby certify that on this 13th day of June, 2005, a copy of the foregoing SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION FOR DISCOVERY OF GRAND JURY MINUTES was served, electronically upon Laura Kaplan, Assistant United States Attorney, United States Attorneys Office, One Courthouse Way, Boston, MA 02210.

Peter Charles Horstmann, Esquire

---

[2] Boidi incorporates by reference the arguments and authorities set forth in his MOTION FOR DISCOVERY OF GRAND JURY MINUTES AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION FOR DISCOVERY OF GRAND JURY MINUTES previously filed with this Court.

# EXHIBIT 1

*Hertz Rental Car Bill*

```
                              SCOTT BOIDI
                              5/13/53332888
                              VEH 01793/6109391  CLS I    01LTC4  LIC CT 8159EF
                              CDP:  00099

                              RES E6100CBD743/MCLW   /I
                              PREPARED BY: 8127/MALCG11
                              COMPLETED BY: 9355/MALCG11

                              RENTED: 10/14/01 12:32 @ BOSTON LOGAN
                              RETURN: 11/03/01 17:42 @ LOGAN INTL AIRPORT

                              PLAN IN:      MCLW      RATE CLASS:    I
                              PLAN OUT:     MCLW
                              MILEAGE IN     11606       TR-X MILES
                              MILEAGE OUT     9421       MILES ALLOWED
                              MILES DRIVEN    2185       MILES CHARGED

                              WEEKS              3 @ $ 532.99 / WEEK   $ 15
                              MILEAGE CHG       85 @ $    .29 / MILE   $
                              SUBTOTAL                                T$ 15
                              LDW        DECLINED
                              LIS        DECLINED
                              PAI, PEC   DECLINED
                              FPO        ACCEPTED                      $
                              CNV CTR SCHG                              $
                              TAX     8.690 % ON TAXABLE TTL OF $ 1623.52  $
                              PAID BY CHECK                            $ 155
                              RENT FP AMX   XX2851578094XXX
```

                                        STATEMENT OF CHARGES - NOT VALID FOR RENT

                                                          A    12

# EXHIBIT 2

November 6, 2001

1) ALL Board Member's were Present.

2) Executive Board Recommened The Following.

A) To have our Christmas Party Dec 4, 2001. And For The Local to Pick-up ALL Expenses.

B) To Buy a Table to The Retirement Party For Richard Monahan, of Local 103.

C) To Buy a Table to The Labor Guild Cushing Award's. Nov 30, 2001 At The Sheraton in Boston.

D) To order 25 Books From The Regina Villa Assoc., called (Linden Construction) For $262.50.

E) To Pay $600 For The Community Newsletter.

F) To move The January 2, 2002 meeting To January 8, 2

G) To Donate $1,000.00 To The Italian Home For Homeless Children. And to Ask ALL Member's To Bring a Gift To The Christmass Party For The Children.

H) To Pick-up ALL Bills For The Rental car, while The Union car was being Repaired.

I) To give The B.M. And The B.A. one week

500.J

00178