UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No.05-10025(GAO) |
| ) | |
| SCOTT BOIDI ) | |

GOVERNMENT'S STATUS CONFERENCE MEMORANDUM

Pursuant to Local Rule 116.5(B)(1)-(5), the government reports the following to the court:

1. The defendant has filed discovery motions and the government has filed its opposition to said discovery motions.

2. The case does not involve unusual or complex issues by reason of which an early joint conference of the District Judge and Magistrate Judge with all attorneys would be useful.

3. The government does not believe there are any features of the case that may deserve special attention or modification of the standard schedule.

4. The government requests that the period of time between May 12, 2005 and June 13, 2005 be excluded under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(8)(A).

5. The government is not aware that the defendant wishes to

plead guilty.

                                      Respectfully submitted,

                                      MICHAEL J. SULLIVAN
                                      United States Attorney

By:  /s/ Laura J. Kaplan
                                      LAURA J. KAPLAN
                                      Assistant U.S. Attorney

Date: June 13, 2005