```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA )
)
v. ) Criminal No. 05-10025-GAO
)
SCOTT BOIDI )

### JOINT FINAL STATUS CONFERENCE MEMORANDUM

Pursuant to Local Rule 116.5(C)(1)-(9), the parties jointly report the following to the court:

1. Discovery is complete. Although the defendant was ordered to file dispositive motions by August 1, 2005, he is seeking an extension until September 1, 2005. The government has no objection.

2. The parties do not anticipate filing any additional discovery.

3. The defendant does not intend to raise a defense of insanity or public authority.

4. The government has not yet requested notice of alibi by the defendant.

5. The defendant may file a motion to dismiss requiring a ruling by the District Court before trial.

6. The parties recommend that the court schedule a second final status conference before the United States Magistrate Judge on or before **September 1, 2005** in order to allow the defendant time to file his dispositive motions and the parties further time to continue discussions regarding resolving the case prior to trial.

7. The parties have discussed the possibility of an early resolution of the case without trial, but at present, it appears that the case will proceed to trial.

8. The court previously ordered the following periods of time excluded:

    a. February 4, 2005 through May 4, 2005; and

    b. May 4, 2005 through June 13, 2005;

    c. June 13, 2005 through July 20, 2005.

The parties agree that such periods were properly excluded under the Speedy Trial Act, and the parties request that the court order an additional period of excludable time from July 30, 2005 until September 1, 2005 to provide the parties further time to respond to dispositive motions and to continue discussions towards resolving this matter short of trial, pursuant to 18 U.S.C. §3161(h)(8)(A) to serve the ends of justice in order to accomplish additional discovery and continue discussions regarding resolving the case prior to trial.

9. Should the parties fail to resolve this matter short of trial, the parties anticipate a trial which will last approximately

ten days.

                                          Respectfully submitted,

| SCOTT BOIDI | MICHAEL J. SULLIVAN |
| Defendant | United States Attorney |
| | |
| By: /s/ Peter Horstmann | By: /s/ Laura J. Kaplan |
|   PETER HORSTMANN, Esq. |   LAURA J. KAPLAN |
|     Counsel for Scott Boidi |   Assistant U.S. Attorney |

Dated: July 20, 2005