UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
05-10025-GAO

UNITED STATES OF AMERICA

v.

SCOTT BOIDI

## FURTHER ORDER ON EXCLUDABLE TIME

July 22, 2005

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

July 20, 2005 through September 1, 2005

the date between the originally scheduled Status Conference and the Final Status Conference.

Based upon the prior orders of the court dated February 4, 2005, March 17, 2005, May 2, 2005, May 12, 2005, June 13, 2005 and this order, at the time of the Final Status Conference on September 1, 2005 there will be zero (0) days of non-excludable time under the Speedy Trial Act and seventy (70) days will remain under the Speedy Trial Act in which this case must be tried.

/ s / Judith Gail Dein
JUDITH GAIL DEIN
United States Magistrate Judge