UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

| | |
|---|---|
| UNITED STATES | ) |
| | ) |
| v. | ) |
| | ) |
| SCOTT R. BOIDI, | ) |
| Defendant. | ) |
| _____ | ) |

Criminal No.: 05 CR 10025-GAO

**ASSENTED TO MOTION OF DEFENDANT SCOTT BOIDI
TO CONTINUE THE DATE FOR FILING OF SUBSTANTIVE MOTIONS AND
FINAL PRETRIAL CONFERENCE REPORT**

NOW COMES the Defendant, Scott Boidi, through counsel, and respectfully moves this Honorable Court to continue the date for filing of substantive motions, which is currently scheduled for September 1, 2005 to September 6, 2005. In support thereof counsel states the following:

1.    The substantive motions involve complex legal issues, which require additional time to research and draft.

2.    The Government through its representative Assistant United States Attorney Laura Kaplan has assented to the instant motion.

3.    The parties have agreed to a continuance date of September 6, 2005.

WHEREFORE, this Honorable Court is respectfully urged to continue the date for filing of substantive motions, which is currently scheduled for September 1, 2005 to September 6, 2005.

Respectfully submitted,

Peter Charles Horstmann, Esquire
BBO #556377
PARTRIDGE, ANKNER & HORSTMANN, LLP
200 Berkeley Street
Boston, Massachusetts 02116
(617) 859-9999

Attorney for Defendant
Scott Boidi

## CERTIFICATE OF SERVICE

I, Peter Charles Horstmann, Esquire, hereby certify that on this 31st day of August, 2005, a copy of the foregoing ASSENTED TO MOTION OF DEFENDANT SCOTT BOIDI TO CONTINUE THE DATE FOR FILING OF SUBSTANTIVE MOTIONS AND FINAL PRETRIAL CONFERENCE REPORT was served, electronically upon Laura Kaplan, Assistant United States Attorney, United States Attorneys Office, One Courthouse Way, Boston, MA 02210.

Peter Charles Horstmann, Esquire