UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
UNITED STATES            )
                         )
v.                       )
                         )    Criminal No.: 05 CR 10025-GAO
SCOTT R. BOIDI,          )
      Defendant.         )
_____)

**DEFENDANT'S MOTION TO EXCEED LOCAL RULE 7.1(B)(4) PAGE LIMITATION**

NOW COMES the defendant, Scott Boidi ("Boidi"), through counsel, and respectfully moves this Honorable Court for permission to file a memorandum of law in excess of the page limitation prescribed by Local Rules 7.1 (B)(4) and 112.1. In support thereof, counsel states that the legal issues set forth in the Memorandum of Law are extraordinarily complex and include in-depth analysis of federal RICO statutes and case law interpreting RICO statutes.

WHEREFORE, this Honorable Court is respectfully urged to permit the filing of Defendant's memorandum of law in excess of the page limitation set forth in Local Rule 7.1(B)(4).

Respectfully submitted,

Peter Charles Horstmann, Esquire
BBO #556377
PARTRIDGE, ANKNER & HORSTMANN, LLP
200 Berkeley Street
Boston, Massachusetts 02116
(617) 859-9999

Attorney for Defendant
Scott Boidi

**CERTIFICATE OF SERVICE**

I, Peter Charles Horstmann, Esquire, hereby certify that on this 6th day of September, 2005, a copy of the foregoing DEFENDANT'S MOTION TO EXCEED LOCAL RULE 7.1(B)(4) PAGE LIMITATION was served electronically upon Laura Kaplan, Assistant United States Attorney, United States Attorneys Office, One Courthouse Way, Suite 9200, Boston, MA 02210.

Peter Charles Horstmann, Esquire

1