# PARTRIDGE, ANKNER & HORSTMANN, LLP

ATTORNEYS AT LAW
The Berkeley Building
200 Berkeley Street, 16th Floor
Boston, MA 02116

Telephone: (617) 859-9999
Facsimile: (617) 859-9998

**Peter Charles Horstmann**
pete@horstmannlaw.com

September 7, 2005

**HAND DELIVERY**
The Honorable George A. O'Toole, Jr.
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Suite 4710
Boston, MA 02110

    Re:    *United States v. Scott R. Boidi*
           Docket No.: 05CR10025-GAO

Dear Judge O'Toole:

    Enclosed please find copies of the following unpublished opinions, which are cited in the Memorandum of Law in Support of the Defendant's Motion to Dismiss and/or Sever Counts of Second Superceding Indictment and/or for Bill of Particulars, which was filed yesterday. The corresponding page number on which the cite appears in the Memorandum is also indicated below. I did not file these unpublished opinions electronically because of their volume. The opinions are:

| Unpublished Opinion | Memo Page |
|---|---|
| *Abn Amro Mortgage Group, Inc., v. Maximum Mortgage, Inc.*, 2005 U.S. Dist. LEXIS 17612 (N.D. Ind. 2005) | 6 |
| *United States v. Persico*, 1994 U.S. Dist. LEXIS 928, at 15-17 (E.D.N.Y.) | 11 |

PARTRIDGE, ANKNER & HORSTMANN, LLP

The Honorable George A. O'Toole, Jr.
September 7, 2005
Page Two

| Unpublished Opinion | Memo Page |
|---|---|
| *United States v. Adams*, <br> 1996 U.S. App. LEXIS 11336 (2d Cir.) | 12 |
| *United States v. Amato*, <br> 86 Fed. Appx. 447, 450, 2004 U.S. App. LEXIS 851 (2d Cir. 2004) | 12 |
| *United States v. Schram*, <br> 1996 U.S. App. LEXIS 1170, 19-20, (3d Cir. 1996) | 23 |
| *United States v. Castro-Avalos*, <br> 105 Fed. Appx. 205, 206 n.1; <br> 2004 U.S. App. LEXIS 14916 (9th Cir. 2004) | 31 |

Respectfully submitted,

Peter Charles Horstmann

PCH/fl
Enclosures

cc:   Laura Kaplan, AUSA