UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
UNITED STATES            )
                         )
v.                       )
                         )    Criminal No.: 05 CR 10025-GAO
SCOTT R. BOIDI,          )
      Defendant.         )
_____)

**JOINT FINAL STATUS REPORT**

NOW COME the Parties, through counsel, and pursuant to Local Rule 116.5(D) hereby submit a Final Status Report to the Magistrate Judge. Accordingly, the Parties state as follows:

1. A jury trial will be necessary in this case.

2. All discovery is completed with the exception that the Government has agreed to produce toll call records in the immediate future and the Defendant has moved for a Bill of Particulars as an alternative remedy in his Motion to Dismiss and/or Sever Counts of Indictment and/or for a Bill of Particulars, which was filed recently.

3. The Defendant has filed a Motion to Dismiss and/or Sever Counts of Indictment and/or for a Bill of Particulars. The Government will file an opposition to this motion.

4. The Parties agree that all time be excluded under the Speedy Trial Act up to and including the Court's resolution of the pending motions.

5. The Parties estimate the length of the trial to be two to three weeks depending on the Court's resolution of the pending motions.

6. The Government will seek a Third Superceding Indictment to clarify Counts of the Indictment.

1

7. The Parties agree that a Final Status Conference is not necessary and the matter may be returned to Judge O'Toole.

Respectfully submitted:

Peter Charles Horstmann, Esquire
BBO #556377
PARTRIDGE, ANKNER & HORSTMANN, LLP
200 Berkeley Street
Boston, Massachusetts 02116
(617) 859-9999


/s/ Laura Kaplan
Laura Kaplan, Asst. United States Attorney
BBO #652987
United States Attorneys Office
One Courthouse Way
Boston, MA 02210
(617) 748-3100