UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
05-10025-GAO

UNITED STATES OF AMERICA

v.

SCOTT R. BOIDI

**FINAL STATUS REPORT**

September 9, 2005

DEIN, M.J.

A Final Status Conference was scheduled before this court for Friday, September 9, 2005, pursuant to the provisions of Local Rule 116.5(C). The parties elected to proceed on the basis of their Joint Final Status Report. Based on that report, this court enters the following report, in accordance with Local Rule 116.5(D):

1. It appears at this time that a trial will be necessary.

2. Discovery is completed at this time, except that the government shall produced toll call records promptly.

3. As an alternative to the defendant's pending Motion to Dismiss and/or Sever, the defendant has moved for a Bill of Particulars. There are no other outstanding or anticipated discovery issues at this time.

4. The defendant has filed a Motion to Dismiss and/or Sever Counts of Indictment and/or for a Bill of Particulars which is pending before the District Court.

5. Based upon the prior orders of the court dated February 4, 2005, March 17, 2005, May 2, 2005, May 12, 2005, June 13, 2005, July 22, 2005 and September 1, 2005, at the time of the Final Status Conference on September 9, 2005, there were zero (0) days of non-excludable time

under the Speedy Trial Act and seventy (**70**) days remaining under the Speedy Trial Act in which this case must be tried. The pendency of the defendant's motion shall result in further time being excluded under the Speedy Trial Act.

6. It is estimated that if the case goes to trial, it will last approximately two to three weeks, depending on the resolution of the pending motion.

7. The file is hereby ordered returned to the District Judge to whom this case is assigned for further proceedings.

        / s / Judith Gail Dein
JUDITH GAIL DEIN
UNITED STATES MAGISTRATE JUDGE