UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
UNITED STATES                )
                             )
v.                           )
                             )     Criminal No.: 05 CR 10025-GAO
SCOTT R. BOIDI,              )
       Defendant.            )
_____)

## ASSENTED TO MOTION OF DEFENDANT
## SCOTT BOIDI TO RESCHEDULE STATUS CONFERENCE

NOW COMES the Defendant, Scott Boidi, through counsel, and respectfully moves this Honorable Court to reschedule the Status Conference scheduled for October 17, 2005. In support thereof counsel states the following:

1. This Court has scheduled a Status Conference for October 17, 2005, at 2:15 p.m.

2. The undersigned counsel is scheduled to be out of town on that date.

3. The undersigned counsel and counsel for the Government are available for a status conference at 2:00 p.m. on any of the following dates: October 12, 26, 27, and 28.

4. The Government through its representative, Assistant United States Attorney Laura Kaplan assents to the instant motion.

WHEREFORE, based on the foregoing arguments and authorities this Honorable Court is respectfully urged to reschedule the Status Conference for a mutually convenient date.

                              Respectfully submitted,

                              Peter Charles Horstmann, Esquire
                              BBO #556377
                              PARTRIDGE, ANKNER & HORSTMANN, LLP
                              200 Berkeley Street
                              Boston, Massachusetts 02116
                              (617) 859-9999

                              Attorney for Defendant
                              Scott Boidi

## CERTIFICATE OF SERVICE

I, Peter Charles Horstmann, Esquire, hereby certify that on this 29th day of September, 2005, a copy of the foregoing DEFENDANT SCOTT BOIDI'S MOTION TO RESCHEDULE STATUS CONFERENCE was served, electronically upon Laura Kaplan, Assistant United States Attorney, United States Attorneys Office, One Courthouse Way, Boston, MA 02210.

                              Peter Charles Horstmann, Esquire