IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| USA | ) | |
|---|---|---|
| Plaintiff(s) | ) | |
| | ) | CRIMINAL ACTION |
| | ) | CASE NO. 05 CR 10025-GAO |
| v. | ) | |
| | ) | |
| | ) | |
| SCOTTI BOIDI | ) | |
| Defantant(s) | ) | |

## MOTION TO ADMIT JOHN W. MTICHELL, ESQ., *PRO HAC VICE*

NOW COMES, Peter Charles Horstmann, Esq., an attorney duly admitted to practice before this Court and a member in good standing of the Bar of the State of Massachusetts, and respectfully moves this Honorable Court, pursuant to Rule 83.5.3(b) of the Local Rules of the United States District Court for the District of Massachusetts, to admit, *pro hac vice,* John W. Mitchell, Esq., an attorney duly admitted to practice, *inter alia*, in the United States District Court for the Southern District of New York, as well as to the New York State Court of Appeals, the highest court of the State of New York.

      Respectfully Submitted:

      Peter Charles Horstmann, Esquire
      BBO #556377
      PARTRIDGE, ANKER & HORSTMENN, LLP
      200 Berkeley Street
      Boston Massachusetts 02116
      (617) 859-9999

## CERTIFICATE OF SERVICE

I, Peter Charles Horstmann, Esquire, hereby certify that on this 8th day of November, 2005, a copy of the foregoing MOTION TO ADMITT JOGHN W. MITCHELL, ESQ., PRO HAC VICE was electronically served upon Assistant United States Attorney Laura Kaplan, Office of the United States Attorney, One Courthouse Way, Boston, Massachusetts, 02210

      Peter Charles Horstmann, Esquire