IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| USA         |             | ) |                        |
|-------------|-------------|---|------------------------|
|             | Plaintiff(s)| ) |                        |
|             |             | ) | CRIMINAL ACTION        |
|             |             | ) | CASE NO. 05 CR 10025-GAO |
| v.          |             | ) |                        |
|             |             | ) |                        |
|             |             | ) |                        |
| SCOTT BOIDI |             | ) |                        |
|             | Defendant(s)| ) |                        |

## DECLARATION OF JOHN W. MITCHELL, ESQ., IN SUPPORT OF MOTION TO BE ADMITTED PRO HAC VICE

JOHN W. MITCHELL, hereby declares under the penalties of perjury, and herewith certifies, that:

1. I am an attorney duly licensed to practice law, and a member in good standing of the Bar of the State of New York. My New York State Attorney Registration number is 1358175. I am admitted to practice before the New York State Court of Appeals, the highest Court of the State of New York. Further, I am admitted to practice before, and a member in good standing of, the United States District Courts for the Eastern, Southern and Northern Districts of New York.

2. I am also a member in good standing and have been admitted to practice before the United States Supreme Court, as well as the Courts of Appeals for the First, Second, Third, Fifth and Ninth Circuits.

3. There are no disciplinary proceedings pending against me in any Court or jurisdiction where I have been admitted to practice.

4. I have not been charged in any Court of the United States or of any state, territory or possession of the United States with the commission of a felony or unprofessional conduct.

5. I have previously been admitted, *pro hac vice*, to practice before the United States District Court for the District of Massachusetts, and I am familiar with the Local Rules of this Court.

6. My application to be admitted *pro hac vice*, is supported by the Motion of Peter Charles Horstmann, Esq. who is a member in good standing of the Bar of the State of Massachusetts and admitted to practice before this Court.

WHEREFORE, for the reasons set forth above, as well as in the Motion and Affidavit filed in support hereof by Peter Charles Horstmann, Esq., and Order of this Court is respectfully sought granting my admission, *pro hac vice*.

Respectfully submitted,

_____
John W. Mitchell, Esq.
Law Offices of John W. Mitchell
443 Greenwich Street, Suite 6E
New York, New York 10013
(212) 696-9500
jwmlaw@cs.com

## CERTIFICATE OF SERVICE

I, Peter Charles Horstmann, Esquire, hereby certify that on this 8th day of November, 2005, a copy of the foregoing **DECLARATION OF JOHN W. MITCHELL, ESQ., IN SUPPORT OF MOTION TO BE ADMITTED PRO HAC VICE** was electronically served upon Assistant United States Attorney Laura Kaplan, Office of the United States Attorney, One Courthouse Way, Boston, Massachusetts, 02210

_____
Peter Charles Horstmann, Esquire