IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| USA           Plaintiff(s)   | ) ) ) ) ) ) ) ) ) ) | CRIMINAL ACTION CASE NO. 05 CR 10025-GAO |
|---|---|---|
| v.     SCOTT BOIDI           Defendant(s) | | |

**DECLARATION OF PETER CHARLES HORSTMANN, ESQ., IN SUPPORT OF MOTION TO ADMIT JOHN W. MITCHELL, ESQ., PRO HAC VICE**

      PETER CHARLES HORSTMANN, ESQ., hereby declares under the penalties of perjury that:

1.    I am an attorney duly licensed to practice law, and a member in good standing of the Bar of the State of Massachusetts. Further, I am a member in good standing and admitted to practice before the United States District Court for the District of Massachusetts. I make this Declaration, pursuant to Rule 83.5.3(b) of the Local Rules of the United States District Court for the District of Massachusetts, and in support of my Motion to have John W. Mitchell, Esq., an attorney admitted to practice before the state and federal courts in the State of New York, admitted *pro hac vice* so that he may serve as my co-counsel in the instant proceeding.

2.    I have known Mr. Mitchell for approximately 15 years. I first met him when he - and my then law partner, Kenneth Fishman - were litigating a case together before Judge Wolf of this Court, in the matter entitled United States v. Salemme, Crim. No. 94-10287-MLW. I have had the opportunity to observe Mr. Mitchell in court on numerous occasions and to read a number of the briefs that he has filed. Mr. Mitchell's principal area of practice has been, for almost 30

years, the field of federal criminal law. He has participated as counsel in dozens of federal criminal cases and has argued many cases before the various United States Courts of Appeals, including before the First Circuit Court of Appeals, where he is also admitted to practice. He is a highly competent lawyer fully familiar with federal criminal practice, and in particular, with RICO jurisprudence.

      3.    Mr. Mitchell is a member in good standing with all of the Courts and jurisdictions to which he is admitted to practice, and has so certified in his declaration submitted herewith. He has never been the subject of any disciplinary proceeding before any court or bar association.

ACCORDINGLY, an Order of this Court is respectfully sought, granting the accompanying Motion, and Ordering that Mr. Mitchell be admitted *pro hac vice* in this proceeding.

Respectfully submitted,

Peter Charles Horstmann, Esq.
BBO #556377
Partridge, Anker & Horstmann
200 Berkeley Street
Boston, Massachusetts 02116
(617) 859-9999

## CERTIFICATE OF SERVICE

I, Peter Charles Horstmann, Esquire, hereby certify that on this 8th day of November, 2005, a copy of the foregoing **DECLARATION OF PETER CHARLES HORSTMANN, ESQ., IN SUPPORT OF MOTION TO ADMIT JOHN W. MITCHELL, ESQ., PRO HAC VICE** was electronically served upon Assistant United States Attorney Laura Kaplan, Office of the United States Attorney, One Courthouse Way, Boston, Massachusetts, 02210

Peter Charles Horstmann, Esquire