IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| USA           Plaintiff(s)   | ) ) ) ) | CRIMINAL ACTION CASE NO. 05 CR 10025-GAO |
|---|---|---|
| v. |  )  )  ) | |
| SCOTT BOIDI           Defantant(s) | ) ) | |

## ORDER GRANTING MOTION TO ADMIT JOHN W. MTICHELL, ESQ., *PRO HAC VICE*

Having considered the Motion brought on by Peter Charles Horstmann, Esq., to admit, *pro hac vice*, John W. Mitchell, Esq, a lawyer duly admitted to practice in the state and federal courts of the State of New York, filed on October 28, 2005, and for good cause shown, this Court finds that said motion should be granted and that John W. Mitchell, Esq., should and hereby is admitted to practice *pro hac vice* in the above entitled case, before the United States District Court for the District of Massachusetts.

CERTIFICATE OF SERVICE

    I, Peter Charles Horstmann, Esquire, hereby certify that on this 8th day of November, 2005, a copy of the foregoing <u>ORDER GRANTING MOTION TO ADMIT JOHN W. MTICHELL, ESQ., *PRO HAC VICE*</u> was electronically served upon Assistant United States Attorney Laura Kaplan, Office of the United States Attorney, One Courthouse Way, Boston, Massachusetts, 02210.

                                                                Peter Charles Horstmann, Esquire