```
                  UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )
v.                            )     Criminal No. 05-10025-GAO
                              )
SCOTT BOIDI                   )
```

## JOINT MOTION TO CONTINUE TRIAL

The United States of America and the defendant, Scott Boidi, by his undersigned attorney, respectfully move to continue the trial in this case, which is presently scheduled for April 24, 2006 at 9:00 a.m. The grounds for this motion are as follows:

1. The parties are in the process of attempting to determine whether this case can be resolved without trial and need time for further negotiations;

2. At the same time, the parties are in the process of reviewing documents and other evidence in an attempt to come to some agreement on certain stipulations that will alleviate the need for the testimony of certain witnesses at trial; and

3. Recent documents provided to the defendant will require additional defense investigation not previously contemplated.

Accordingly, the parties respectfully request that the Court (1) continue the trial until the following dates: June 12, 2006[1] or July 17, 2006 or September 11, 2006 as is convenient to the Court and (2) exclude the time under the Speedy Trial Act in the

---

[1] Counsel for the defendant can only start trial in June if such trial commences on or before June 12, 2006 (and not June 19, 2006) since he has previously scheduled travel plans for June 30, 2006 which cannot be cancelled.

interests of justice, pursuant to 18 U.S.C. §3161(h)(8).

                                         Respectfully submitted,

                                         MICHAEL J. SULLIVAN
                                         United States Attorney

                           By:   /s/Laura J. Kaplan
                                         LAURA J. KAPLAN
                                         Assistant U.S. Attorney

                         By: _____
                                        PETER C. HORSTMANN, Esq.