```
                  UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS

                                  )
UNITED STATES OF AMERICA          )
                                  )
        v.                        )   CRIMINAL NO. 05-10025-GAO
                                  )
                                  )
SCOTT BOIDI,                      )
        Defendant.                )
                                  )
```

GOVERNMENT'S MOTION IN LIMINE TO PRECLUDE THE
INTRODUCTION OF INADMISSIBLE HEARSAY IN DEFENDANT'S OPENING
STATEMENT OR IN EXAMINATION OF WITNESSES AT TRIAL

The United States, by and through its undersigned attorneys, hereby moves in limine to preclude the introduction of inadmissible hearsay in defendant's opening statement or in examination of witnesses at trial. As reasons herefore, the government asserts that hearsay statements defined by Federal Rule of Evidence 801 which do not fall within an exception to the hearsay rule should not be put before the jury. If such statements are improperly presented to the jury, the government contends that it could be prejudicial to its case and that a curative instruction would not properly cure the prejudicial effect.

Specifically, the government contends that through inadmissible hearsay in the opening statement and during the trial, the defendant may attempt to introduce evidence that the defendant felt threatened from other union employees and therefore to protect himself, he regularly carried a firearm on his person. However, without an exception to the hearsay rule,

this evidence is inadmissible and should not be presented to the jury.

For the above reasons, the government requests this Court allow its motion in limine.

                                    Respectfully submitted,

                                    MICHAEL J. SULLIVAN
                                  United States Attorney

                     By:    s/ SUZANNE M. SULLIVAN
                          SUZANNE M. SULLIVAN
                          LAURA J. KAPLAN
                          Assistant U.S. Attorneys

Dated: September 1, 2006

**CERTIFICATE OF SERVICE**

I, Suzanne M. Sullivan, do hereby certify that I have served the copy of the foregoing to defense counsel by electronic filing.

                                  s/ SUZANNE M. SULLIVAN
                                  Suzanne M. Sullivan
                                  Assistant U.S. Attorney