UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                    )<br>)<br>SCOTT BOIDI                     )<br>)<br>)<br>       Defendant.          ) | CRIMINAL NO.: 05-10025-GAO |

APPLICATION

The United States of America, by and through its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby applies to this Court, pursuant to Title 18, United States Code, Section 6003, for an Order requiring Kevin Bird to testify and provide other information to a Court of the United States, within the District of Massachusetts. In support of this Application, the Government respectfully states as follows:

1.  In the judgment of the undersigned, Kevin Bird is likely to refuse to testify or provide other information on the basis of his privilege against self-incrimination.

2.  In the judgment of the United States Attorney, the testimony of Kevin Bird is necessary to the public interest.

3.  This Application is made in good faith with the approval of Bruce C. Swartz, Deputy Assistant Attorney General, pursuant to the authority vested in him by Title 18, United States Code, Section 6003(b) and 28 C.F.R. 0.175(a). A copy of

the letter from the Deputy Assistant Attorney General expressing such approval is attached hereto and incorporated herein.

WHEREFORE, the United States of America requests that this Court issue an Order pursuant to Sections 6002 and 6003 of Title 18, United States Code, requiring Kevin Bird to give testimony and provide other information relating to all matters pertinent to the inquiry of the Court of the United States.

Respectfully submitted,

_____
MICHAEL J. SULLIVAN
United States Attorney

*Michael K. Loucks*
*Acting U.S. Attorney.*

Date: 8/8, 2006



**U.S. Department of Justice**

Criminal Division

Office of the Assistant Attorney General

Washington, D.C. 20530-0001

NOV 30 2004

The Honorable Michael J. Sullivan
United States Attorney
District of Massachusetts
Boston, Massachusetts 02210

Attention:    Laura J. Kaplan
                Assistant United States Attorney

Re:    Grand Jury Investigation,
        Scott Boidi, et al.

Dear Mr. Sullivan:

Pursuant to the authority vested in me by 18 U.S.C. 6003(b) and 28 C.F.R. 0.175(a), I hereby approve your request for authority to apply to the United States District Court for the District of Massachusetts for an order pursuant to 18 U.S.C. 6002-6003 requiring Kevin Bird to give testimony or provide other information in the above matter and in any further proceedings resulting therefrom or ancillary thereto.

Sincerely,

Christopher A. Wray
Assistant Attorney General

BRUCE C. SWARTZ
DEPUTY ASSISTANT ATTORNEY GENERAL
CRIMINAL DIVISION

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>  )<br>  v.                                )<br>  )<br>SCOTT BOIDI                    )<br>  )<br>  )<br>          Defendant.      ) | CRIMINAL NO.: 05-10025-GAO |

ORDER

This matter is before the Court on the Application of Michael J. Sullivan, United States Attorney for the District of Massachusetts, for an Order requiring Kevin Bird to give testimony and provide other information and evidence pursuant to the provisions of Title 18, United States Code, Section 6002 and 6003.

Upon full consideration of the Application of the United States of America and it appearing to the satisfaction of this Court:

1.  In the judgment of the United State Attorney, Kevin Bird is likely to refuse to testify or give other information on the basis of his privilege against self-incrimination; and

2.  In the judgment of the United States Attorney, the testimony of Kevin Bird and the other information he may be able to provide may be necessary to the public interest.

3. That the Application filed herein has been made with the approval of Bruce C. Swartz, Deputy Assistant Attorney General of the Criminal Division of the Department of Justice pursuant to the authority vested in him by Title 18, United States Code, Section 6003(b) and 28 C.F.R. 0.175(a).

NOW, THEREFORE, IT IS ORDERED pursuant to 18 U.S.C. §§6002-6003 that Kevin Bird give testimony or provide other information as to all matters about which he may be interrogated before the Court of the United States or in any proceeding ancillary thereto.

IT IS FURTHER ORDERED that no testimony or other information compelled under this Order (or any information directly or indirectly derived from such testimony or other information) may be used against Kevin Bird in any criminal case except a prosecution for perjury, giving a false statement or otherwise failing to comply with this Order. If Kevin Bird refuses to answer questions or produce evidence before the Court, the Court will hear and receive a Motion for holding Kevin Bird in contempt of this Court for disobedience of what the Court considers to be its lawful Order.

                                                _____
                                                UNITED STATES DISTRICT JUDGE

DATE: _____, 2006