UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )    CRIMINAL NO.: 05-10025-GAO
             v.             )
                            )
SCOTT BOIDI                 )
                            )
                            )
          Defendant.        )

APPLICATION

The United States of America, by and through its attorney,
Michael J. Sullivan, United States Attorney for the District of
Massachusetts, hereby applies to this Court, pursuant to Title
18, United States Code, Section 6003, for an Order requiring
Hector Vega to testify and provide other information to a Court
of the United States, within the District of Massachusetts.  In
support of this Application, the Government respectfully states
as follows:

     1.    In the judgment of the undersigned, Hector Vega is
likely to refuse to testify or provide other information on the
basis of his privilege against self-incrimination.

     2.    In the judgment of the United States Attorney, the
testimony of Hector Vega is necessary to the public interest.

     3.    This Application is made in good faith with the
approval of Mary Lee Warren, Deputy Assistant Attorney General,
pursuant to the authority vested in her by Title 18, United
States Code, Section 6003(b) and 28 C.F.R. 0.175(a).  A copy of

the letter from the Deputy Assistant Attorney General expressing such approval is attached hereto and incorporated herein.

WHEREFORE, the United States of America requests that this Court issue an Order pursuant to Sections 6002 and 6003 of Title 18, United States Code, requiring Hector Vega to give testimony and provide other information relating to all matters pertinent to the inquiry of the Court of the United States.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

Date: Aug, 18 , 2006



U.S. Department of Justice

Criminal Division

Office of the Assistant Attorney General                    Washington, DC 20530-0001

AUG 17 2006

The Honorable Michael J. Sullivan
United States Attorney
District of Massachusetts
Boston, Massachusetts 02210

Attention:    Suzanne M. Sullivan
              Assistant United States Attorney

       Re:    United States v. Scott Boidi

Dear Mr. Sullivan:

       Pursuant to the authority vested in me by 18 U.S.C. 6003(b) and 28 C.F.R. 0.175(a), I
hereby approve your request for authority to apply to the United States District Court for the
District of Massachusetts for an order pursuant to 18 U.S.C. 6002-6003 requiring Hector Vega to
give testimony or provide other information in the above matter and in any further proceedings
resulting therefrom or ancillary thereto.

                                    Sincerely,

                                    Alice S. Fisher
                                    Assistant Attorney General

                                    Mary Lee Warren
                                    Deputy Assistant Attorney General
                                    Criminal Division

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA          )
                                  )        CRIMINAL NO.: 05-10025-GAO
            v.                    )
                                  )
SCOTT BOIDI                       )
                                  )
                                  )
            Defendant.            )

ORDER

This matter is before the Court on the Application of
Michael J. Sullivan, United States Attorney for the District of
Massachusetts, for an Order requiring Hector Vega to give
testimony and provide other information and evidence pursuant to
the provisions of Title 18, United States Code, Section 6002 and
6003.

Upon full consideration of the Application of the United
States of America and it appearing to the satisfaction of this
Court:

1.   In the judgment of the United State Attorney, Hector
Vega is likely to refuse to testify or give other information on
the basis of his privilege against self-incrimination; and

2.   In the judgment of the United States Attorney, the
testimony of Hector Vega and the other information he may be able
to provide may be necessary to the public interest.

3.    That the Application filed herein has been made with the approval of Mary Lee Warren, Deputy Assistant Attorney General of the Criminal Division of the Department of Justice pursuant to the authority vested in him by Title 18, United States Code, Section 6003(b) and 28 C.F.R. 0.175(a).

NOW, THEREFORE, IT IS ORDERED pursuant to 18 U.S.C. §§6002-6003 that Hector Vega give testimony or provide other information as to all matters about which he may be interrogated before the Court of the United States or in any proceeding ancillary thereto.

IT IS FURTHER ORDERED that no testimony or other information compelled under this Order (or any information directly or indirectly derived from such testimony or other information) may be used against Hector Vega in any criminal case except a prosecution for perjury, giving a false statement or otherwise failing to comply with this Order.  If Hector Vega refuses to answer questions or produce evidence before the Court, the Court will hear and receive a Motion for holding Hector Vega in contempt of this Court for disobedience of what the Court considers to be its lawful Order.

_____
UNITED STATES DISTRICT JUDGE

DATE:                    , 2006