UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ————————————————— ) | | |
| UNITED STATES OF AMERICA ) | | |
| ) | CASE NO. 04CR10025GAO | |
| v. ) | | |
| ) | | |
| SCOTT BOIDI ) | | |
| —————————————————) | | |

**DEFENDANT'S REQUEST FOR QUESTIONS TO
PROSPECTIVE JURORS ON VOIR DIRE EXAMINATION**

NOW COMES the Defendant, Scott Boidi, through counsel, and hereby requests, pursuant to Fed. R. Crim. P. 24, that the Court ask prospective jurors the questions set forth below, and that the Court permit counsel to ask appropriate follow-up questions at side bar. The Court is requested to pursue a more detailed questioning if a particular juror's answer reveals that further inquiry is appropriate. A limited number of requested questions would require individual voir dire. This request is made so that the Defendant and his attorney may consider the information obtained when making challenges for cause and peremptory strikes in the selection of the jury to serve in this case:

1.      The indictment in this case charges Scott Boidi with racketeering through a Labor Union known as Local 88 "Tunnel workers" of the Laborer's International Union of North America. The racketeering acts alleged are accepting bribes in exchange for union membership, drug dealing, possession of a firearm during a drug related offense, embezzlement of Union assets and witness tampering. An indictment is just a formal way for the government to bring these allegations before the court. It is not to be considered by you as evidence of guilt. Do you have any opinions as to the guilt or innocence of Mr. Boidi based on the mere fact that he is named in the indictment?

2.      Do you feel that Mr. Boidi must now come forward to prove he is not guilty because he is named in this indictment?

3.      Now that you have had the charges described to you, have you formed an opinion as to the type of evidence you will require to render a verdict?

4.      Mr. Boidi is presumed innocent as he sits before you here today.  This means that if I were to ask you right now to render a verdict, your verdict would be not guilty.  Do you feel right now that if Mr. Boidi had done anything wrong he would not be sitting here as a defendant?

5.      Do you have any problem with presuming him innocent at this very moment?

6.      Have you, any family member or close friend ever been employed by a local, state or federal government agency?  If yes, what agency?

7.      Have you previously served on a jury?

8.      If yes, was it a criminal or civil case?

9.      (If prior service was in a criminal case) Did you reach a verdict?

10.     (If prior service was in a criminal case) Was there anything about your prior service that you intend to apply or will apply to your present service, if you are chosen to sit on this jury?

11.     (If the prior service was in a criminal case) What in your prior service would you apply to the present case, if you are chosen?

12.     (If the prior service was in a civil case) Do you realize that there is a higher standard of proof in criminal cases?

13.     (If the prior service was in a civil case) Was there anything about your prior service that you intend to apply or will apply to your present service, if you are chosen?

14.     Is there any physical, medical or psychological reason(s) (for example, inability to hear, inability to sit for prolonged periods of time, inability to concentrate) that you could not sit as a juror in this case?

15.     Are there any reasons that you might not be able to be a fair and impartial juror in this case?

2

16.     Have you, any family member or close friends been employed by or own stock in Bechtel Corporation or Modern Continental Construction Corp. Or any subsidiary or successor corporation to those companies?

17.     Have you, any family member or close friend belonged to a Labor Union and or been employed by a company which worked on the "Big Dig", Ted Williams Tunnel, Boston Harbor Clean-up Project or the Central Artery Tunnel Project.

18.     Have you, any family member or close friends been members of Local 88?

19.     Do you have a general understanding of how labor unions operate and/or the laws which pertain to the operation of labor unions?

20.     Have you, any family member, close friend, or company you worked for or have a ownership interest in ever been the victim of fraud or embezzlement?  If yes, please describe.

21.     Have you, any family member or close friend ever worked for or had any dealings with the Department of Labor or any government agency that is involved in regulating the operation of Labor Unions?  If yes, please describe.

22.     Have you, a member of your family, or a close friend, ever been involved in a lawsuit or dispute with the U.S. Government?  If yes, please describe.

23.     Have you, a member of your family, or a close friend, ever had any dealings with the U.S. Secret Service, the Federal Bureau of Investigation (or "FBI"), Drug Enforcement Administration (or "DEA"), any other U.S. Government law enforcement agency, Massachusetts State Police or Quincy Police Department?  If yes, please describe.

24.     Would you tend to believe a law enforcement officer's opinion over any other witness solely on the basis of the fact that she/he is a law enforcement officer?

25.     Have you, a member of your family, or a close friend, ever been investigated for any crime?  If yes, please describe.

26.     Have you, a member of your family, or a close friend, ever been arrested or

charged with a crime?  If yes, what were the circumstances?

27.     Have you, a member of your family, or a close friend, ever been convicted of a crime?  If yes, what were the circumstances?

28.     Have you, a member of your family, or a close friend, ever been a witness in a criminal case or before the Grand Jury?  If yes, what were the circumstances?

29.     What newspapers, magazines or periodicals, if any, do you regularly read?

30.     What hobbies or interests do you pursue?

31.     What television programs, if any, do you regularly watch?

32.     Have you heard or read anything about this case?

33.     If yes, please describe what you heard or read.

34.     In considering a person's guilt or innocence, are you influenced or affected by the person's appearance?

35.     In considering a person's guilt or innocence, are you influenced or affected by where he lives?

36.     If you have an opinion, what is your opinion of criminal defense lawyers?

37.     If you have an opinion, what is your opinion of federal prosecutors?

38.     If you have an opinion, what is your opinion of Labor Unions?

39.     If you have an opinion, what is your opinion of the Big Dig?

40.     Have any of you ever worked for any law enforcement agency?  (Police department, Sheriff's department, F.B.I., I.R.S., Drug Enforcement Agency, Customs, Bureau if Alcohol, Tobacco and Firearms, U.S. Marshals, District Attorney, U.S. Attorney, Probation Department, Prison Bureau, or any other law related agency.)

41.     Have any of you ever wanted to go into law enforcement?

42.     Has your spouse, any family member or friend ever been involved in law enforcement?  If yes, what agency and what did they do for that agency?

4

43.     Who has ever done any volunteer work for any law enforcement agency?

44.     Has anyone ever worked on a campaign for a person running for any law enforcement job?

45.     Do any of you know any judges, lawyers or prosecutors?  If yes, who and how do your know them?

46.     Do you belong to any group which advocates for or against the possession of any type of firearms or for stricter penalties for firearms offenses?

47.     Have any of you ever been in court before?  If yes, under what circumstances?

48.     Have you ever been in this federal courthouse or any United States Courthouse before, known any Federal Judges or ever been involved in a case with a United States Attorney's Office?

49.     Do any of you or any family member of yours know anyone who works in any U.S. Attorney's Office or ever worked in any U.S. Attorney's Office?

50.     Have any of you ever been a witness in a lawsuit?

51.     Have any of you ever testified for the prosecution in a case?

52.     Have any of you or any family member of yours ever been injured on the job or unemployed?

53.     Have any of you or any family member of yours ever had your home searched by local, state or federal law enforcement officers?  If yes, please explain.

54.     Have any of you, any family member or close friend of yours been the victim of a crime?  If so, where and when and what type of crime?

55.     Have any of you or any family member of yours ever served on a Grand Jury?  If yes, where and when?

56.     Do any of you have a friend that has ever served on a Grand Jury?

57.     Have you ever had a family member or friend killed or injured as a result of the

discharge of a firearm or as a result of another individual's drug or alcohol use?

58.     Read witness list.  Have you ever heard if any of the witnesses or known anyone who knows them or any family member of theirs?

59.     Who believes the Government should use informants?  Why?

60.     Does anyone disagree with the law that provides all the elements of the crimes charges must be proven beyond a reasonable doubt, and that if one element is not so proven, you must vote not guilty?

61.     Does anyone disagree with the law that the burden of proving an accused guilty beyond a reasonable doubt rests with the Government, and that the accused need not introduce any evidence whatsoever?

62.     Does anyone have any problem with carefully following the Court's instruction as to what the law is in this case?

63.     Who believes that someone can be present at the scene of a crime and not necessarily be guilty of a crime?

64.     The accused has constitutional rights not to testify.  Does anyone feel that if an accused does not testify, he must be hiding something and they would expect him to testify.

65.     Are each of you willing, without doubt, to give the accused, without reservation or qualifications, the benefit of the presumption of innocence?

66.     Is there anything about the nature of the charges contained in the indictment which would prevent you from considering this case fairly and impartially?

67.     Does anyone know of any reason they could not sit as an impartial juror?

68.     Would you tend to disbelieve a law enforcement officer simply because he or she is a law enforcement officer?

69.     Have you or your family or any friend suffered from an addiction to drugs?

70.     Have you or your family or any friend ever been treated for substance abuse?

71.     Do you belong to any group, which advocates against substance abuse addiction, or illegal drug dealing?

72.     Do you belong to any group that advocates tougher penalties for drug dealers or users?

73.     Do you belong to Alcoholics or Narcotics Anonymous?

74.     Does the fact that there may be evidence in this case of threats of violence and/or drugs effect your ability to decide the case fairly and impartially?

**Individual Voir Dire**

1.     What do you do for a living?

2.     What are your main job responsibilities?

3.     What kind of work have you done in the past?

4.     How far did you go in school?

5.     If you attended college, what school and what degrees did you receive?  What was your major?

6.     Where were you born?

7.     How long have you lived in Massachusetts?

8.     Are you married or have you ever been married?

9.     What does your spouse or prior spouse do for a living?

10.    What is his/her main job responsibility?

11.    What kind of work has your spouse done in the past?

12.    How far did your spouse go in school?  If he/she attended college, where, what, and what degrees did he/she receive?

WHEREFORE, this Honorable Court is respectfully urged to pose the aforementioned

7

questions to prospective jurors during jury selection.

Respectfully submitted,

Peter Charles Horstmann, Esquire

BBO # 556377

PARTRIDGE, ANKNER & HORSTMANN LLP

200 Berkeley Street, 16th Floor

Boston, MA 02116

(617) 859-9999

## CERTIFICATE OF SERVICE

I, Peter Charles Horstmann, hereby certify that on this 1st day of September, 2006, a copy of the foregoing DEFENDANT'S REQUEST FOR QUESTIONS TO PROSPECTIVE JURORS ON VOIR DIRE EXAMINATION was electronically served upon Laura Kaplan, Assistant United States Attorney, United States Attorney's Office, One Courthouse Way, Boston, MA 02210.

Peter Charles Horstmann, Esquire

8