UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA    )
                            )     CRIMINAL NO.: 05-10025-GAO
       v.                   )
                            )
SCOTT BOIDI                 )
                            )
                            )
       Defendant.           )


**<u>GOVERNMENT'S REQUESTED QUESTIONS FOR THE JURY VENIRE</u>**

   The United States of America, by its attorneys, United States Attorney Michael J. Sullivan, and Assistant U. S. Attorneys Laura J. Kaplan and Suzanne M. Sullivan, hereby requests that, in addition to those questions commonly put to the <u>venire</u> in cases commenced in this Court, the Court pose the following questions to the prospective jurors in this case:

   1.   The United States of America is one of the litigants in this trial.  You will hear the United States referred to throughout the trial as "the government."  Have you, or any member of your immediate family, or anyone with whom you are close:

   (a) ever been arrested, or ever answered charges (other than for an alleged moving traffic violation) in a criminal proceeding?

   (b) ever filed a lawsuit or claim of any kind against any police or other law enforcement officer?

   (c) ever engaged in litigation with the federal government, that is, ever filed a claim or lawsuit against the United States or any of its agencies, or

answered some claim made against you by the federal government?

(d) been employed by the United States Attorney's Office, the United States Probation Office, the United States Pre-Trial Services Office, the United States District Court Clerk's Office, the United States Marshal's Service, the Drug Enforcement Administration, known as the "DEA," the Department of Labor, the Quincy Police Department or the Boston Police Department?

2.  Are you aware of any prejudice which you may have against the government which would in any way impair your ability to evaluate and judge fairly and impartially the facts of this case?

3.  Some of the witnesses expected to be called by the United States at trial are Special Agents of the United States Drug Enforcement Administration and of the United States Department of Labor, officers of the Quincy Police Department and Boston Police Department and other law enforcement officers. These law enforcement officers will be called to testify as "fact" witnesses and as "expert" witnesses. As experts, they will be called to give their expert opinion as to certain matters in this case calling for specialized knowledge and skill, such as narcotics investigations.

Are you aware of any prejudice that you might have for or against a witness or other individual in this case where that witness or individual is shown to be a law enforcement officer?

4.    In this trial, the government intends to introduce into evidence testimony from witnesses who are testifying pursuant to immunity orders.  Do you have any beliefs or views about such witnesses that would interfere with your ability to act fairly and impartially as a juror in this case?

5.    In this trial, the government intends to introduce into evidence testimony from witnesses who are may have criminal records themselves.  Do you have any beliefs or views about such witnesses that would interfere with your ability to act fairly and impartially as a juror in this case?

6.    Have you, or anyone in your family or close circle of friends, ever been treated for an addiction to any narcotic substance?

7.    In this trial, the government will introduce testimony about firearms.  Do you have any beliefs or views about firearms that would interfere with your ability to act fairly and impartially as a juror in this case?

8.    Are you aware of any beliefs or feelings that would prevent you from completely and honestly applying the law, as I give it to you at the end of the case, to the facts as you find them?

9.  Do you know of any reason why you cannot sit as a fair and impartial juror in the trial of this case?

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

BY: /s/ Laura J. Kaplan
    LAURA J. KAPLAN
    SUZANNE M. SULLIVAN
    Assistant U.S. Attorneys

Dated: September 5, 2006

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Laura J. Kaplan
LAURA J. KAPLAN
Assistant U.S. Attorney

Date: September 5, 2006