UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )   CRIMINAL NO.: 05-10025-GAO
        v.                    )
                              )
SCOTT BOIDI                   )
                              )
                              )
        Defendant.            )

## ORDER

This matter is before the Court on the Application of
Michael J. Sullivan, United States Attorney for the District of
Massachusetts, for an Order requiring Lynne Demita to give
testimony and provide other information and evidence pursuant to
the provisions of Title 18, United States Code, Section 6002 and
6003.

Upon full consideration of the Application of the United
States of America and it appearing to the satisfaction of this
Court:

1.   In the judgment of the United State Attorney, Lynne
Demita is likely to refuse to testify or give other information
on the basis of her privilege against self-incrimination; and

2.   In the judgment of the United States Attorney, the
testimony of Lynne Demita and the other information she may be
able to provide may be necessary to the public interest.

3.    That the Application filed herein has been made with the approval of John C. Keeney, Deputy Assistant Attorney General of the Criminal Division of the Department of Justice pursuant to the authority vested in him by Title 18, United States Code, Section 6003(b) and 28 C.F.R. 0.175(a).

NOW, THEREFORE, IT IS ORDERED pursuant to 18 U.S.C. §§6002-6003 that Lynne Demita give testimony or provide other information as to all matters about which she may be interrogated before the Court of the United States or in any proceeding ancillary thereto.

IT IS FURTHER ORDERED that no testimony or other information compelled under this Order (or any information directly or indirectly derived from such testimony or other information) may be used against Lynne Demita in any criminal case except a prosecution for perjury, giving a false statement or otherwise failing to comply with this Order.  If Lynne Demita refuses to answer questions or produce evidence before the Court, the Court will hear and receive a Motion for holding Lynne Demita in contempt of this Court for disobedience of what the Court considers to be its lawful Order.

UNITED STATES DISTRICT JUDGE

DATE: _September 5_, 2006