UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL NO.: 05-10025-GAO |
| v. ) | |
| ) | |
| SCOTT BOIDI ) | |
| ) | |
| ) | |
| Defendant. ) | |

ORDER

This matter is before the Court on the Application of Michael J. Sullivan, United States Attorney for the District of Massachusetts, for an Order requiring Pamela Ortiz to give testimony and provide other information and evidence pursuant to the provisions of Title 18, United States Code, Section 6002 and 6003.

Upon full consideration of the Application of the United States of America and it appearing to the satisfaction of this Court:

1. In the judgment of the United State Attorney, Pamela Ortiz is likely to refuse to testify or give other information on the basis of her privilege against self-incrimination; and

2. In the judgment of the United States Attorney, the testimony of Pamela Ortiz and the other information she may be able to provide may be necessary to the public interest.

3.   That the Application filed herein has been made with the approval of Mary Lee Warren, Deputy Assistant Attorney General of the Criminal Division of the Department of Justice pursuant to the authority vested in him by Title 18, United States Code, Section 6003(b) and 28 C.F.R. 0.175(a).

NOW, THEREFORE, IT IS ORDERED pursuant to 18 U.S.C. §§6002-6003 that Pamela Ortiz give testimony or provide other information as to all matters about which she may be interrogated before the Court of the United States or in any proceeding ancillary thereto.

IT IS FURTHER ORDERED that no testimony or other information compelled under this Order (or any information directly or indirectly derived from such testimony or other information) may be used against Pamela Ortiz in any criminal case except a prosecution for perjury, giving a false statement or otherwise failing to comply with this Order.  If Pamela Ortiz refuses to answer questions or produce evidence before the Court, the Court will hear and receive a Motion for holding Pamela Ortiz in contempt of this Court for disobedience of what the Court considers to be its lawful Order.

_____
UNITED STATES DISTRICT JUDGE

DATE: September 5, 2006