UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 05-10025-GAO |
| ) | |
| SCOTT BOIDI, ) | |
| Defendant. ) | |

NOTICE OF APPEARANCE

Now comes the undersigned Assistant United States Attorney and hereby gives notice of her appearance as government co-counsel in the above captioned matter.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: s/ Suzanne M. Sullivan
Suzanne M. Sullivan
Assistant U.S. Attorney

September 8, 2006

CERTIFICATE OF SERVICE

I, Suzanne M. Sullivan, do hereby certify that I have served the copy of the foregoing on defense counsel via electronic filing.

s/ SUZANNE M. SULLIVAN
Suzanne M. Sullivan
Assistant U.S. Attorney