```
                  UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA       )
                               )
v.                             )    Criminal No.05-10025(GAO)
                               )
SCOTT BOIDI                    )

          Defendant
```

### GOVERNMENT'S LIST OF PROPOSED WITNESSES

Now comes the United States of America, by its attorneys, Michael J. Sullivan, United States Attorney, and Laura J. Kaplan and Suzanne M. Sullivan, Assistant U.S. Attorneys, and hereby submits its witness list for the trial of this action. The government reserves its right to supplement and/or modify this list in light of the evidence that is admitted at trial and with reasonable notice to the Court and the defendants.

1. Kenneth Maclean,
   Massachusetts

2. Robert Luskin, Esq.,
   Washington, D.C.

3. Dominic Mazzeo,
   Massachusetts

4. Rhonda Rich,
   Washington, D.C.

5. Tom Brennan,
   Massachusetts

6. James MacLellan,
   Massachusetts

7. Robert Brennan,
   Massachusetts

8.  Lynn DeMita,
    Massachusetts

9.  Ralph Soto,
    Massachusetts

10. Hector Vega,
    Massachusetts

11. Richard Cleary,
    Massachusetts

12. Kelly Webber,
    Massachusetts

13. William Tatawosian, Sr.,
    Massachusetts

14. William Tatawosian, Jr.,
    Massachusetts

15. Pam Ortiz,
    Massachusetts

16. Kevin Bird,
    Massachusetts

17. Michael Norton,
    Massachusetts

18. Kathleen M. Conlan,
    Washington, D.C.

19. John Loughlin,
    Massachusetts

20. Michael Cochran, Jr.,
    Massachusetts

21. Det. Joseph Sirignano,
    Boston Police Department

22. Det. Sgt. Joseph MacDonald,
    Boston Police Department

23. Special Agent Vincent Kelly,
    D.E.A.

24. Special Agent Denise Long,
    Department of Labor

25. Det. Sgt. Mark Foley,
    Quincy Police Department

26. Special Agent Russell Protentis,
    I.C.E.

27. William Rotella,
    LIUNA IG Investigator,
    Washington, D.C.

28. John Connolly,
    LIUNA IG Investigator,
    Washington, D.C.

29. Douglas Weddleton,
    Massachusetts State Police

30. Special Agent Kevin Constantine,
    F.B.I.

31. Det. Joseph Brooks,
    Norfolk County District Attorney's Office

32. Lt. Robert Friend, Jr.,
    Norfolk County District Attorney's Office

33. Lt. Paul Casey,
    Weymouth Police Department

34. Barbara Ogbomo,
    Citizens Bank

35. Kathleen M. Conlan,
    Washington, D.C.

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

                              By:   /s/ Laura J. Kaplan
                                        Laura J. Kaplan
                                        Suzanne M. Sullivan
                                        Assistant U.S. Attorneys

## **CERTIFICATE OF SERVICE**

 I, Laura J. Kaplan, Assistant U.S. Attorney, do hereby certify that this document was served to defense counsel by electronic filing.

            /s/ Laura J. Kaplan
            LAURA J. KAPLAN
            Assistant U.S. Attorney

Date: September 11, 2006