UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL NO. 05-10025-GAO |
| v. | ) | |
| | ) | |
| SCOTT BOIDI, | ) | |
| defendant | ) | |

**<u>GOVERNMENT'S LIST OF PROPOSED EXHIBITS</u>**

The United States of America, by its attorneys, United States Attorney Michael J. Sullivan, and Assistant U.S. Attorneys Laura J. Kaplan and Suzanne M. Sullivan, submit this List of Proposed Exhibits to assist the Court and jury in the trial of the above-captioned matter.  The government reserves the right to supplement or modify this list from time to time, with reasonable notice to counsel.

| Exhibit No. | Govt's Exhibit No. | Description |
|---|---|---|
| | 1 | Constitutions, Laborers' International Union of North America, As amended by the 20th convention, September 9-12, 1991 |
| | 2 | Constitutions, Laborers' International Union of North America, As amended by the 21st convention, September 23-26, 1996 |
| | 3 | Constitutions, Laborers' International Union of North America, As amended by the 22nd convention, September 17-20, 2001 |
| | 4 | LIUNA Ethics and Disciplinary Procedure, Revised 4/96 |
| | 5 | Accounting and Finance Manual for the Secretary - Treasurer |

| Exhibit No. | Govt's Exhibit No. | Description |
|---|---|---|
| | 6 | LIUNA Local Union Officers Training Program, December 1, 1988 |
| | 7 | LIUNA Leadership Education Class Attendees |
| | 8 | Form LM-2, Labor Organization Annual Report, January 1, 1994-December 31, 1994 |
| | 9 | Form LM-2, Labor Organization Annual Report, January 1, 2000-December 31, 2000 |
| | 10 | Official Receipt Book, 8/31/94 to 9/24/94 |
| | 11 | Laborers' International Union of American, Report of Initiations, 9/94 |
| | 12 | Official Receipt Book, 7/15/98 to 7/30/98 |
| | 13 | Laborers' International Union of American, Report of Initiations, 8/24/98 |
| | 14 | Letter from Scott R. Boidi re: Greg Soones, dated October 13, 2000 |
| | 15 | Thomas C. Brennan Plea Agreement dated 07/26/2004 |
| | 16 | Work History of James MacLellan |
| | 17 | Work History of Robert Brennan |
| | 18 | Check #1859 from Compressed Air Free Air Tunnel Workers Local Union No. 88 to Scott Boidi, $16,148.93 |
| | 19 | American Express records |
| | 20 | American Express records (collection agency) |
| | 21 | Hertz Rental Car records |
| | 22 | Sentry South Lincoln Mercury Rent-A-Car records |
| | 23 | Check #1887 from Compressed Air Free Air Tunnel Workers Local Union No. 88 to Hertz, $1802.56 |
| | 24 | Stipulation regarding union dues money |

| Exhibit No. | Govt's Exhibit No. | Description |
|---|---|---|
| | 25 | Verizon Tolls |
| | 26 | Visitors Log |
| | 27 | Grand Jury Subpoena issued to Lynne Demita, a.k.a. Lynne McCarthy, April 25, 2002 |
| | 28 | Deposit Ticket, December 31, 2001, $10537.38 |
| | 29 | Citizen Bank records |
| | 30 | Rockland Trust bank records |
| | 31 | Audio tape from Bridgewater State Hospital |
| | 32 | Transcript of Bridgewater State Hospital audio tape |
| | 33 | Stipulation regarding Firearm |
| | 34 | 9 mm glock semi-automatic pistol |
| | 35 | Ammunition: magazine and 15 live cartridges of ammunition |
| | 36 | National Labor Relations Board records |
| | 37 | Criminal History Systems Board records |

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

By:

        /s/ Laura J. Kaplan
        LAURA J. KAPLAN
        SUZANNE M. SULLIVAN
        Assistant U.S. Attorneys

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 11, 2006, I have served a copy of the foregoing upon all counsel of record by electronic filing notice and by hand delivery.

                                          /s/ Laura J. Kaplan
                                          LAURA J. KAPLAN
                                          SUZANNE M. SULLIVAN
                                          Assistant U.S. Attorneys