# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## AMENDED WRIT OF HABEAS CORPUS

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of his deputies,

and to:   Plymouth County Correctional Facillity
          26 Long Pond Road
          Plymouth, MA 02360

YOU ARE COMMANDED to have the body of   Ralph Soto   a/k/a Wilfredo Gomez

now in your custody, before the United States District Court for the District of Massachusetts, United

States Courthouse, 1 Courthouse Way, Courtroom No.   9  , on the   3rd   floor,

Boston, Massachusetts on   September 29, 2006  , at 9:00am

for the purpose of   testifying at criminal trial

in the case of   UNITED STATES OF AMERICA V.   SCOTT BOIDI

CR Number   05-10025-GAO

And you are to retain the body of said   Ralph Soto   a/k/a Wilfredo Gomez   while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said   Ralph Soto   a/k/a Wilfredo Gomez   to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated this   14   day of   September, 2006  .


 /s/ George A. O'Toole, Jr.
UNITED STATES DISTRICT JUDGE
UNITED STATES MAGISTRATE JUDGE

                              SARAH A. THORNTON
                              CLERK OF COURT

          SEAL

                              By:   Paul Lyness
                                    Deputy Clerk


(Habeas Writ.wpd - 3/7/2005)