UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>SCOTT BOIDI )<br>) | CASE NO. 04CR10025GAO |

### DEFENDANT'S WITNESS LIST[1]

NOW COMES the Defendant, Scott Boidi, through counsel, and hereby identifies the following witnesses who may be called to testify at trial, in addition to and incorporating by reference those witnesses identified on the Government's witness list:

Elaine Boidi
39 Water Street
Pembroke, MA

Alan Boidi
108 Willow Street
East Bridgewater, MA

Brian Boidi
37 Rosemary Lane
Weymouth, MA

Donald MacDonald
266 Broad Cove Marsh Rd
P.O. Box 221
Inverness County, Nova Scotia
BOE1NO

---

[1] At the time of the filing of the instant list, the Defendant has not completed his review of the 1600 pages of *Jenks* material and, therefore, reserves the right to supplement this list.

William J. White
(address withheld, former FBI agent)

James J. Lavin
(address withheld, former FBI agent)

Armand E. Sabitoni, General Secretary-Treasurer
LIUNA
905 16th Street, NW
Washington, D.C. 20006

William Rotella
LIUNA
905 16th Street, NW
Washington, D.C. 20006

Benny Talbot
23 Aberdeen Ave.
Peabody, MA 01960

Elizabeth Pedula
20 Admore St.
Braintree, MA

Terry Brewster, Vice President
Local 88

Peggy Maubaurquette
Local 88

Zack MacDonald
40 Rice Ave.
Northborough, MA

Peter Mezzetti, Recording Secretary
Local 88

Officer Wendy Long
Pembroke Police Department

Detective Gerald T. O'Rourke
Quincy Police Department

Robert H. Friend, Jr.
Massachusetts State Police

Various Keepers of Records

                                          Respectfully submitted,

                                          Peter Charles Horstmann, Esquire
                                          BBO #556377
                                          PARTRIDGE, ANKNER & HORSTMANN, LLP
                                          200 Berkeley Street, 16th Floor
                                          Boston, Massachusetts 02116
                                          (617) 859-9999

## CERTIFICATE OF SERVICE

      I, Peter Charles Horstmann, Esquire, hereby certify that on this 14th day of September, 2006, a copy of the foregoing DEFENDANT'S WITNESS LIST was served electronically upon Laura Kaplan, Assistant United States Attorney, United States Attorneys Office, One Courthouse Way, Boston, MA 02210.

                                          Peter Charles Horstmann, Esquire