UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | CASE NO. 04CR10025GAO |
| v. | ) ) |  |
| SCOTT BOIDI | ) ) ) |  |

**DEFENDANT'S EXHIBIT LIST**[1]

NOW COMES the Defendant, Scott Boidi, through counsel, and hereby identifies the following exhibits which may be offered into evidence at trial subject to redaction and, in addition to and incorporating by reference, those exhibits identified on the Government's exhibit list:

1. May 18, 2001 letter from Sabitoni to Mazzeo (with attachment)

2. June 26, 2001 letter from Mazzeo to Gow

3. October 25, 2001 letter from Mazzeo to Sabitoni

4. November 5, 2001 letter to Mazzeo from O'Sullivan

5. Zurich Insurance Proof of Loss Form

6. Photograph of Snickers

7. Snicker's surrender to animal shelter

8. Letter from DeMitta to Geena Boidi

9. Card from DeMitta to Scott Boidi (with attachment)

---

[1] At the time of the filing of the instant list, the Defendant has not completed his review of the 1600 pages of *Jenks* material and, therefore, reserves the right to supplement this list.

10. July 9, 2002, letter from DeMitta to Elaine Boidi (with attachments)

11. Restraining Order dated July 8, 2002

12. Bank Check Dated December 31, 2001

13. Verizon Toll Records

14. American Express Records

15. Records from M & M Sporting Goods

16. Records from Hunter's Trading Post

17. LIUNA Records

18. NLRB Records

19. Citizen Bank Records

20. Rockland Trust Bank Records

21. Labor's Gold Master Card Records

22. Local 88 Records

23. Quincy Police Department Records

24. Braintree Police Department Records

25. Pembroke Police Department Recorded Phone Call

26. Court Records

27. Firearms Sales Records

28. Criminal History System Board Records

29. Plea Agreements

30. Proffer Agreements

31.     Immunity Agreements/Orders

                                           Respectfully submitted,

                                           Peter Charles Horstmann, Esquire
                                           BBO #556377
                                           PARTRIDGE, ANKNER & HORSTMANN, LLP
                                           200 Berkeley Street, 16th Floor
                                           Boston, Massachusetts 02116
                                           (617) 859-9999

## CERTIFICATE OF SERVICE

       I, Peter Charles Horstmann, Esquire, hereby certify that on this 14th day of September, 2006, a copy of the foregoing DEFENDANT'S EXHIBIT LIST was served electronically upon Laura Kaplan, Assistant United States Attorney, United States Attorneys Office, One Courthouse Way, Boston, MA 02210.

                                           Peter Charles Horstmann, Esquire