UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | CRIMINAL NO. 05-10025-GAO |
| v. | ) | |
| | ) | |
| SCOTT BOIDI, | ) | |
| defendant | ) | |

**<u>GOVERNMENT'S LIST OF PROPOSED EXHIBITS</u>**

The United States of America, by its attorneys, Acting United States Attorney Michael K. Loucks, and Assistant U.S. Attorneys Laura J. Kaplan and Suzanne M. Sullivan, submit this List of Proposed Exhibits to assist the Court and jury in the trial of the above-captioned matter. The government reserves the right to supplement or modify this list from time to time, with reasonable notice to counsel.

| Exhibit No. | Govt's Exhibit No. | Description |
|---|---|---|
| | 1 | Constitutions, Laborers' International Union of North America, As amended by the 20th convention, September 9-12, 1991 |
| | 2 | Constitutions, Laborers' International Union of North America, As amended by the 21st convention, September 23-26, 1996 |
| | 3 | Constitutions, Laborers' International Union of North America, As amended by the 22nd convention, September 17-20, 2001 |
| | 4 | LIUNA Ethics and Disciplinary Procedure, Revised 4/96 |

| Exhibit No. | Govt's Exhibit No. | Description |
|---|---|---|
| | 5 | LIUNA Compliance Guidelines for Administration of Amended Job Referral Procedures |
| | 6(a)-(e) | Photos of Local 88 |
| | 7(a)-(e) | Enlargements of Local 88 Photos |
| | 8 | Accounting and Finance Manual for the Secretary - Treasurer |
| | 9 | Form LM-2, Labor Organization Annual Report, January 1, 1994-December 31, 1999 |
| | 10 | Form LM-2, Labor Organization Annual Report, January 1, 2000-December 31, 2000 |
| | 11 | Official Receipt Book, 8/31/94 to 9/24/94 |
| | 12 | Laborers' International Union of American, Report of Initiations, 9/94 |
| | 13 | Official Receipt Book, 7/15/98 to 7/30/98 |
| | 14 | Laborers' International Union of American, Report of Initiations, 8/24/98 |
| | 15 | Letter from Scott R. Boidi re: Greg Soones, dated October 13, 2000 |
| | 16 | Check #1859 from Compressed Air Free Air Tunnel Workers Local Union No. 88 to Scott Boidi, $16,148.93 |
| | 16 (a) | Enlargement of Check #1859 |
| | 17 | American Express records |
| | 18 | American Express records (collection agency) |
| | 19 | Check #1887 from Compressed Air Free Air Tunnel Workers Local Union No. 88 to Hertz, $1802.56 |
| | 20 | Thomas C. Brennan Plea Agreement dated 07/26/2004 |

| Exhibit No. | Govt's Exhibit No. | Description |
|---|---|---|
|  | 21 | National Labor Relations Board records |
|  | 22 | Deposit Ticket, December 31, 2001, $10,537.38 |
|  | 23 | Rockland Trust bank records |
|  | 24(a) | Audio tape from Bridgewater State Hospital |
|  | 24(b) | Transcript of Bridgewater State Hospital audio tape |
|  | 25 | Grand Jury Subpoena issued to Lynne Demita, a.k.a. Lynne McCarthy, April 25, 2002 |
|  | 26 | Visitors Log |
|  | 27(a) | 9 mm glock semi-automatic pistol |
|  | 27(b) | Ammunition: magazine and 15 live cartridges of ammunition |
|  | 28 | Photo of Restroom |
|  | 29 | Sentry South Lincoln Mercury Rent-A-Car records |
|  | 30 | Verizon Tolls |
|  | 31 | Citizens Bank records |
|  | 32 | Citizens Bank records |
|  | 33 | LIUNA Leadership Education Class Attendees |
|  | 34 | LIUNA Local Union Officers Training Program, December 1, 1988 |
|  | 35 | Trial Subpoena to Massachusetts Laborers' District Council |
|  | 36 | Business records from Massachusetts Laborers' District Council |
|  |  | Criminal History Systems Board records |
|  |  | State Laboratory Drug Certification |
|  |  | Cocaine |

Respectfully submitted,

MICHAEL K. LOUCKS
Acting United States Attorney

By:

/s/ Laura J. Kaplan
LAURA J. KAPLAN
SUZANNE M. SULLIVAN
Assistant U.S. Attorneys

**CERTIFICATE OF SERVICE**

I hereby certify that on September 25, 2006, I have served a copy of the foregoing upon all counsel of record by electronic filing notice and by hand delivery.

/s/ Laura J. Kaplan
LAURA J. KAPLAN
SUZANNE M. SULLIVAN
Assistant U.S. Attorneys