```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

```
UNITED STATES OF AMERICA     )
                             )
v.                           )    Criminal No.05-10025(GAO)
                             )
SCOTT BOIDI                  )

        Defendant
```

## GOVERNMENT'S LIST OF PROPOSED WITNESSES

Now comes the Acting United States of America, by its attorneys, Michael S. Loucks, United States Attorney, and Laura J. Kaplan and Suzanne M. Sullivan, Assistant U.S. Attorneys, and hereby submits its witness list for the trial of this action. The government reserves its right to supplement and/or modify this list in light of the evidence that is admitted at trial and with reasonable notice to the Court and the defendants.

1. Kenneth Maclean,
   Massachusetts

2. Robert Luskin, Esq.,
   Washington, D.C.

3. Dominic Mazzeo,
   Massachusetts

4. Rhonda Rich,
   Washington, D.C.

5. Tom Brennan,
   Massachusetts

6. James MacLellan,
   Massachusetts

7. Robert Brennan,
   Massachusetts

8.  Lynn DeMita,
    Massachusetts

9.  Ralph Soto,
    Massachusetts

10. Hector Vega,
    Massachusetts

11. Richard Cleary,
    Massachusetts

12. Kelly Webber,
    Massachusetts

13. William Tatawosian, Sr.,
    Massachusetts

14. William Tatawosian, Jr.,
    Massachusetts

15. Pam Ortiz,
    Massachusetts

16. Kevin Bird,
    Massachusetts

17. Michael Norton,
    Massachusetts

18. Kathleen M. Conlan,
    Washington, D.C.

19. John Loughlin,
    Massachusetts

20. Michael Corcoran, Jr.,
    Massachusetts

21. Det. Joseph Sirignano,
    Boston Police Department

22. Det. Sgt. Joseph MacDonald,
    Boston Police Department

23. Special Agent Vincent Kelly,
    D.E.A.

24. Special Agent Denise Long,
    Department of Labor

25. Det. Sgt. Mark Foley,
    Quincy Police Department

26. Special Agent Russell Protentis,
    I.C.E.

27. John Kelly,
    Quincy Police Department

28. William Rotella,
    LIUNA IG Investigator,
    Washington, D.C.

29. John Connolly,
    LIUNA IG Investigator,
    Washington, D.C.

30. Douglas Weddleton,
    Massachusetts State Police

31. Special Agent Kevin Constantine,
    F.B.I.

32. Det. Joseph Brooks,
    Norfolk County District Attorney's Office

33. Lt. Robert Friend, Jr.,
    Norfolk County District Attorney's Office

34. Lt. Paul Casey,
    Weymouth Police Department

35. Barbara Ogbomo,
    Citizens Bank

36. Kathleen M. Conlan,
    Washington, D.C.

37. Barry O'Brien,
    Massachusetts

38. Michael Tranghese,
    Massachusetts

39. Lana Souza,
    Massachusetts

```
                              Respectfully submitted,


                              MICHAEL S. LOUCKS
                              Acting United States Attorney

                         By:   /s/ Laura J. Kaplan
                              Laura J. Kaplan
                              Suzanne M. Sullivan
                              Assistant U.S. Attorneys
```

**CERTIFICATE OF SERVICE**

I, Laura J. Kaplan, Assistant U.S. Attorney, do hereby certify that this document was served to defense counsel by electronic filing.

```
                              /s/ Laura J. Kaplan
                              LAURA J. KAPLAN
                              Assistant U.S. Attorney
```

Date: September 25, 2006