AO 442    (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of Massachusetts

UNITED STATES OF AMERICA

V.

SCOTT BOIDI

**WARRANT FOR ARREST**

Case Number: 05-10025-GAO

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   HECTOR VEGA, A/K/A HECTOR DELACRUZ

Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☒ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with   (brief description of offense)

AS A MATERIAL WITNESS FOR THE TRIAL OF UNITED STATES V. SCOTT BOIDI, CASE NO. 05-10025-GAO

in violation of Title  18  United States Code, Section(s)  3144

GEORGE A. O'TOOLE, JR.
Name of Issuing Officer

U.S. DISTRICT COURT JUDGE
Title of Issuing Officer

Signature of Issuing Officer

9/15/2006
Date and Location

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at EXECUTED BY DOL ARRAIGNMENT OF THE DEFENDANT ON 9/19/06 | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |