UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL ACTION NO. 05-10025-GAO

UNITED STATES OF AMERICA

v.

SCOTT BOIDI,
Defendant

<u>VERDICT</u>

We the jury, find the defendant, Scott Boidi:

**As to Count One (Racketeering):**

_____ **Not Guilty**   __X__ **Guilty**

Before you answer as to Count One, please indicate below whether the government has proven that SCOTT BOIDI committed two or more of the following racketeering acts:

Racketeering Act One (Honest Services Mail Fraud)

__X__ Not Proved   _____ Proved

Racketeering Act Two (Honest Services Mail Fraud)

__X__ Not Proved   _____ Proved

Racketeering Act Three (Embezzlement of Union Assets)

_____ Not Proved   __X__ Proved

Racketeering Act Four (Embezzlement of Union Assets)

_____ Not Proved   __X__ Proved

Racketeering Act Five (Embezzlement of Union Assets)

_____ Not Proved   __X__ Proved

Racketeering Act Six (Conspiracy to Possess with Intent to Distribute Cocaine)

_____ Not Proved   __X__ Proved

Racketeering Act Seven (Use of a Communication Facility)

_____ Not Proved   __X__ Proved

Racketeering Act Eight (Witness Tampering)

__X__ Not Proved   _____ Proved

2

**As to Count Two (Embezzlement of Union Assets):**

_____ Not Guilty          __X__ Guilty

**As to Count Three (Embezzlement of Union Assets):**

_____ Not Guilty        \_\_✗\_\_ Guilty

4

**As to Count Four (Embezzlement of Union Assets):**

_____ Not Guilty          ✓_____ Guilty

**As to Count Five (Conspiracy to Possess with Intent to Distribute Cocaine):**

_____ Not Guilty        __X__ Guilty

If you have found the defendant Guilty of Count Five, do you find, beyond a reasonable doubt, that the offense involved more than 500 grams of cocaine?

_____ No        __X__ Yes

If you have found the defendant Not Guilty as to Count Five, you <u>must</u> <u>find</u> the defendant Not Guilty as to Counts Six and Seven.

6

**As to Count Six (Use of a Communication Facility):**

_____ Not Guilty        \_\_X\_\_ Guilty

7

**As to Count Seven (Carrying a Firearm):**

__X__ Not Guilty        _____ Guilty

8

**As to Count Eight (Witness Tampering):**

__X__ Not Guilty        _____ Guilty

**As to Count Nine (Witness Tampering):**

_____ Not Guilty        __ Not Guilty

The foregoing represents the unanimous verdict of the Jury.

_Louis J. Zand_ (signature)        10/13/06
FOREMAN                            DATE

Louis J. ZAND

10