AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

UNITED STATES DISTRICT CT DISTRICT OF MASSACHUSETTS

U. S. A.

**EXHIBIT AND WITNESS LIST**

V.
SCOTT BOIDI
Gov't

Case Number: CR 05-10025-GAO

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| O'Toole | Kaplan, Sullivan | Horstmann |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 9/2/06 - | Killian | Lyness, Edge |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Dominick Mazzeo - Gov't's Witness |
| 6A | | 9/28/06 | ✓ | 9/28/06 | see attached Exhibit list |
| 6B | | | | | — |
| 7A | | 9/28/06 | ✓ | 9/28/06 | see attached Exhibit list |
| 10 | | | | | |
| 9 | | 9/28/06 | ✓ | 9/28/06 | see attached Exhibit List |
| 10 | | 9/28/06 | ✓ | 9/28/06 | see attached Exhibit List |
| 8 | | 9/28/06 | ✓ | 9/28/06 | see attached Exhibit List |
| 11 | | 9/28/06 | ✓ | 9/28/06 | see attached Exhibit List |
| 12 | | 9/28/06 | ✓ | 9/28/06 | see attached Exhibit List |
| 13 | | 9/28/06 | ✓ | 9/28/06 | see attached Exhibit List |
| 14 | | 9/28/06 | ✓ | 9/28/06 | see attached Exhibit List |
| 15 | | 9/28/06 | ✓ | 9/28/06 | see attached Exhibit List |
| 40 | | 9/29/06 | ✓ | 9/29/06 | see attached Exhibit List |
| 6E | | 9/29/06 | ✓ | 9/29/06 | see attached Exhibit List |
| 7E | | 9/29/06 | ✓ | 9/29/06 | see attached Exhibit List |
| 41 | | 9/29/06 | ✓ | 9/29/06 | see attached Exhibit List |
| 16 | | 9/29/06 | ✓ | 9/29/06 | see attached Exhibit List |
| 16A | | 9/29/06 | ✓ | 9/29/06 | see attached Exhibit List |
| 38 | | 9/29/06 | ✓ | 9/29/06 | see attached Exhibit List |
| 39 | | 9/29/06 | ✓ | 9/29/06 | see attached Exhibit List |
| 17 | | 9/29/06 | ✓ | 9/29/06 | See attached Exhibit List |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages

AO 187A (Rev. 7/87)  **EXHIBIT AND WITNESS LIST – CONTINUATION**

Gov't  U S A  vs. Scott Boidi   CASE NO. CR05-10025-GAO

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 19 |  | 9/29/06 | ✓ | 9/29/06 | see attached Exhibit List |
|  | 1-10 | 9/29/06 | ✓ | 9/29/06 | American Express Bills |
|  | 11 | 9/29/06 | ✓ | 9/29/06 | Check to AMEX - $10,657.60 |
|  | 12 | 9/29/06 | ✓ | 9/29/06 | Deposit slip from Citizens Bank |
|  | 13 | 9/29/06 | ✓ | 9/29/06 | Deposit slip - 12/13/01 |
|  | 14 | 9/29/06 | ✓ | 9/29/06 | Bank Statement |
|  | 15 | 9/29/06 | ✓ | 9/29/06 | Official Receipts - Calendar Year 2001 |
|  | 16 | 9/29/06 | ✓ | 9/29/06 | Official Receipts - Jan-April, 2002 |
| 42 |  | 10/3/06 | ✓ | 10/3/06 | Check for Reimbursement - 7/31/01 |
| 43 |  | 10/3/06 | ✓ | 10/3/06 | AMEX Bill for $10,657.00 (Monthly Report Bus Expense) |
|  |  |  |  |  | Tom Brennan - Gov't witness |
| 20 |  | 10/3/06 | ✓ | 10/3/06 | Plea Agreement |
| 21 |  | 10/3/06 | ✓ | 10/3/06 | see attached Exhibit List |
|  | 17 | 10/3/06 | ✓ | 10/3/06 | witnesses 2nd superseding Indictment |
|  |  |  |  |  | James MacLellan - Gov't witness |
| 44 |  | 10/3/06 | ✓ | 10/3/06 | Records of witness Employment History |
|  |  |  |  |  | Robert Brennan - Gov't witness |
|  |  |  |  |  | Lynn DeMita - Gov't witness |
| 25 |  | 10/4/06 | ✓ | 10/4/06 | see attached Exhibit List |
| 26 |  | 10/4/06 | ✓ | 10/4/06 | see attached Exhibit List |
| 45 |  | 10/4/06 | ✓ | 10/4/06 | Bank slips (checks) |
| 23 |  | 10/4/06 | ✓ | 10/4/06 | see attached Exhibit List |
| 22 |  | 10/4/06 | ✓ | 10/4/06 | see attached Exhibit List |
| 24A |  | 10/4/06 | ✓ | 10/4/06 | see attached Exhibit List |
| 24B |  | 10/4/06 | ✓ | 10/4/06 | see attached Exhibit List |
|  | 18 | 10/4/06 | ✓ | 10/4/06 | Greeting Card |
|  | 19 | 10/4/06 | ✓ | 10/4/06 | Photo |

Page _____ of _____ Pages

AO 187A (Rev. 7/87)  **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | | vs. | | | CASE NO. |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| | | | | | Pamela Ortiz – Gov't Witness |
| | 20 | 10/5/06 | ✓ | 10/5/06 | Reimbursement Check for $100.00 to AMEX |
| | | | | | Barbara Ogbomo – Gov't Witness |
| 31 | | 10/5/06 | ✓ | 10/5/06 | see attached Exhibit List |
| 32 | | 10/5/06 | ✓ | 10/5/06 | see attached Exhibit List |
| | | | | | Michael Norton – Gov't Witness |
| 29 | | 10/5/06 | ✓ | 10/5/06 | see attached Exhibit List |
| | | | | | Rafael Soto – Gov't Witness |
| 27A | | 10/5/06 | ✓ | 10/5/06 | see attached Exhibit List |
| 27B | | 10/5/06 | ✓ | 10/5/06 | see attached Exhibit List |
| | 21 | 10/6/06 | ✓ | 10/6/06 | Verizon Wireless Records – Jan-Feb. 2002 |
| | | | | | Hector Vega – Gov't Witness |
| 28 | | 10/6/06 | ✓ | 10/6/06 | See attached Exhibit List |
| | | | | | Michael Corcoran – Gov't's Witness |
| | | | | | Ken Maclean – Gov't's Witness |
| 47 | | 10/10/06 | ✓ | 10/10/06 | Proof of Loss Form |
| | | | | | Robert Luskin – Gov't's Witness |
| 1 | | 10/11/06 | ✓ | 10/11/06 | see attached Exhibit List |
| 2 | | 10/11/06 | ✓ | 10/11/06 | see attached Exhibit List |
| 3 | | 10/11/06 | ✓ | 10/11/06 | see attached Exhibit List |
| 4 | | 10/11/06 | ✓ | 10/11/06 | see attached Exhibit List |
| 5 | | 10/11/06 | ✓ | 10/11/06 | see attached Exhibit List |
| | | | | | Michael Transghese – Gov't Witness |
| 35 | | 10/11/06 | ✓ | 10/11/06 | Gov't Subpoena |
| 36 | | 10/11/06 | ✓ | 10/11/06 | Records |
| 33 | | 10/11/06 | ✓ | 10/11/06 | see attached Exhibit List |
| 34 | | 10/11/06 | ✓ | 10/11/06 | see attached Exhibit List |

Page _____ of _____ Pages

AO 187A (Rev. 7/87)         **EXHIBIT AND WITNESS LIST – CONTINUATION**

| Gov't | U S A | | | vs. Scott Bolda | CASE NO. CR 05-10025-GAO |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 37 | | 10/12/06 | ✓ | 10/12/06 | Affidavit |
| | 22 | 10/12/06 | ✓ | 10/12/06 | 2001 Tax Return |
| | 23 | 10/12/06 | ✓ | 10/12/06 | Receipts from Hunters Trading Post |

Page _____ of _____ Pages

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | CRIMINAL NO. 05-10025-GAO |
| v. | ) | |
| | ) | |
| SCOTT BOIDI, | ) | |
| defendant | ) | |

## GOVERNMENT'S LIST OF PROPOSED EXHIBITS

The United States of America, by its attorneys, Acting United States Attorney Michael K. Loucks, and Assistant U.S. Attorneys Laura J. Kaplan and Suzanne M. Sullivan, submit this List of Proposed Exhibits to assist the Court and jury in the trial of the above-captioned matter. The government reserves the right to supplement or modify this list from time to time, with reasonable notice to counsel.

| Exhibit No. | Govt's Exhibit No. | Description |
|---|---|---|
| | 1 | Constitutions, Laborers' International Union of North America, As amended by the 20th convention, September 9-12, 1991 |
| | 2 | Constitutions, Laborers' International Union of North America, As amended by the 21st convention, September 23-26, 1996 |
| | 3 | Constitutions, Laborers' International Union of North America, As amended by the 22nd convention, September 17-20, 2001 |
| | 4 | LIUNA Ethics and Disciplinary Procedure, Revised 4/96 |

| Exhibit No. | Govt's Exhibit No. | Description |
|---|---|---|
| | 5 | LIUNA Compliance Guidelines for Administration of Amended Job Referral Procedures |
| | 6(a)-(e) | Photos of Local 88 |
| | 7(a)-(e) | Enlargements of Local 88 Photos |
| | 8 | Accounting and Finance Manual for the Secretary - Treasurer |
| | 9 | Form LM-2, Labor Organization Annual Report, January 1, 1994-December 31, 1999 |
| | 10 | Form LM-2, Labor Organization Annual Report, January 1, 2000-December 31, 2000 |
| | 11 | Official Receipt Book, 8/31/94 to 9/24/94 |
| | 12 | Laborers' International Union of American, Report of Initiations, 9/94 |
| | 13 | Official Receipt Book, 7/15/98 to 7/30/98 |
| | 14 | Laborers' International Union of American, Report of Initiations, 8/24/98 |
| | 15 | Letter from Scott R. Boidi re: Greg Soones, dated October 13, 2000 |
| | 16 | Check #1859 from Compressed Air Free Air Tunnel Workers Local Union No. 88 to Scott Boidi, $16,148.93 |
| | 16 (a) | Enlargement of Check #1859 |
| | 17 | American Express records |
| | 18 | American Express records (collection agency) |
| | 19 | Check #1887 from Compressed Air Free Air Tunnel Workers Local Union No. 88 to Hertz, $1802.56 |
| | 20 | Thomas C. Brennan Plea Agreement dated 07/26/2004 |

2

| Exhibit No. | Govt's Exhibit No. | Description |
|---|---|---|
| | 21 | National Labor Relations Board records |
| | 22 | Deposit Ticket, December 31, 2001, $10,537.38 |
| | 23 | Rockland Trust bank records |
| | 24(a) | Audio tape from Bridgewater State Hospital |
| | 24(b) | Transcript of Bridgewater State Hospital audio tape |
| | 25 | Grand Jury Subpoena issued to Lynne Demita, a.k.a. Lynne McCarthy, April 25, 2002 |
| | 26 | Visitors Log |
| | 27(a) | 9 mm glock semi-automatic pistol |
| | 27(b) | Ammunition: magazine and 15 live cartridges of ammunition |
| | 28 | Photo of Restroom |
| | 29 | Sentry South Lincoln Mercury Rent-A-Car records |
| | 30 | Verizon Tolls |
| | 31 | Citizens Bank records |
| | 32 | Citizens Bank records |
| | 33 | LIUNA Leadership Education Class Attendees |
| | 34 | LIUNA Local Union Officers Training Program, December 1, 1988 |
| | 35 | Trial Subpoena to Massachusetts Laborers' District Council |
| | 36 | Business records from Massachusetts Laborers' District Council |
| | | Criminal History Systems Board records |
| | | State Laboratory Drug Certification |
| | | Cocaine |

Respectfully submitted,

MICHAEL K. LOUCKS
Acting United States Attorney

By:

/s/ Laura J. Kaplan
LAURA J. KAPLAN
SUZANNE M. SULLIVAN
Assistant U.S. Attorneys

**CERTIFICATE OF SERVICE**

I hereby certify that on September 25, 2006, I have served a copy of the foregoing upon all counsel of record by electronic filing notice and by hand delivery.

/s/ Laura J. Kaplan
LAURA J. KAPLAN
SUZANNE M. SULLIVAN
Assistant U.S. Attorneys