UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | CASE NO. 04CR10025GAO |
| v. | ) ) |  |
| SCOTT BOIDI | ) ) |  |

**ASSENTED TO MOTION TO ADVANCE OR CONTINUE
STATUS CONFERENCE**

NOW COMES the Defendant, Scott Boidi, through counsel, and hereby moves this Honorable Court to advance or continue the status conference which has been scheduled for December 14, 2006, at 2:00PM. In support thereof, counsel states the following:

1. On November 13, 2006, the Court continued the status conference which had been scheduled for November 14, 2006, to December 14, 2006.

2. The undersigned counsel was previously scheduled to appear before Judge Saris on December 14, 2006, at 2:00 PM, for a hearing on a Motion to Dismiss in the matter of *United States v. Limbert Guerrero, Docket No.: 06-10132*.

3. The Government has assented to the instant motion and counsel for both Parties are available on December 11, 2006.

WHEREFORE, this Honorable Court is respectfully urged to reschedule the status conference.

        Respectfully submitted,

        Peter Charles Horstmann, Esquire
        BBO #556377
        PARTRIDGE, ANKNER & HORSTMANN, LLP
        200 Berkeley Street, 16th Floor
        Boston, Massachusetts 02116
        (617) 859-9999

**CERTIFICATE OF SERVICE**

I, Peter Charles Horstmann, Esquire, hereby certify that on this 20th day of November, 2006, a copy of the foregoing motion was served electronically upon Laura Kaplan, Assistant United States Attorney, United States Attorneys Office, One Courthouse Way, Boston, MA 02210.

        Peter Charles Horstmann, Esquire