

**U.S. Department of Justice**

*Michael J. Sullivan*
*United States Attorney*
*District of Massachusetts*

*Main Reception: (617) 748-3100*

John Joseph Moakley United States Courthouse
1 Courthouse Way
Suite 9200
Boston, Massachusetts 02210

**BY HAND**

December 8, 2006

Chambers of the Honorable George A. O'Toole
United States District Court
John J. Moakley United States Courthouse
One Courthouse Way
Boston, MA 02210

    Re: United States v. Scott Boidi
    Criminal No. 05-CR- 10025(GAO)

Dear Sir or Madam:

Enclosed please find a courtesy copy of the following document in connection with the Government's Motion in Opposition to Defendant's Motion for Release, that the government electronically filed with the court on November 1, 2006:

    1. One page Affidavit signed by Health Services Administrator for the Plymouth County Correctional Facility, dated 12/08/06 .

The case is scheduled for status/hearing on Monday, December 11, 2006. Thank you for your attention to this matter.

    Sincerely,

    MICHAEL K. LOUCKS
    Acting United States Attorney

By: *[signature]*
    Suzanne M. Sullivan
    Laura J. Kaplan
    Assistant United States Attorneys

cc: Attorney Peter Horstmann (provided to via facsimile)