AFFIDAVIT OF DIRECTOR CLARE HONEN

I, Clare Honen, depose and state:

1. I am the health services administrator for the Plymouth County Correctional Facility. I have held that position since January of 2006. I have worked as a health care provider for the past 40 years.

2. The Facility has a full time medical staff, including a doctor; a physician's assistant; nurses; a pharmacy technician; and emergency medical technicians. The Facility provides prescribed medication obtained through the State Office of Pharmacy Services.

3. For emergency medical care, the Facility uses the Jordan Hospital in Plymouth. For advanced treatment, the Facility uses the major medical facilities in Massachusetts, including the Lemuel Shattuck Hospital in Boston. The treatment available at these hospitals includes care by medical specialists, surgery, and rehabilitation. The Facility maintains custody and control of inmates and pretrial detainees who are hospitalized, using sworn deputy sheriffs. In case of hospital admission of a Federal inmate or pretrial detainee, the Department keeps each prisoner under 24 hour custody of two deputies.

4. I have reviewed the medical records of Scott Boidi. The records reflect that he has a right inguinal hernia measuring three centimeters, reducible. This is a non-operable condition. The medical staff has ordered a hernia support belt to assist the patient. If surgery becomes necessary, the Facility can arrange such surgery through the Shattuck Hospital.

5. On information and belief, Boidi has filed no inmate grievances alleging problems with his incarceration at the Facility.

Signed under the pains and penalties of perjury this 8th Day of December, 2006,

*[signature]*
Clare Honen, R.N., M.S.W., L.I.C.S.W.

FILED
IN CLERKS OFFICE
2006 DEC -8 P 4:37
U.S. DISTRICT COURT
DISTRICT OF MASS.