```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )
     v.                       )    CR. No. 05-10025-GAO
                              )
SCOTT BOIDI,                  )
     Defendant.               )
```

**GOVERNMENT'S ASSENTED TO MOTION TO DISMISS ORIGINAL INDICTMENT, FIRST SUPERCEDING INDICTMENT AND SECOND SUPERCEDING INDICTMENT**

The United States of America, through undersigned counsel, hereby requests that this Honorable Court dismiss the original indictment, the first superceding indictment and the second superceding indictment in this matter. As reasons therefore, the government states that on September 21, 2005, the government sought and received a third superseding indictment in this case, and the government proceeded to trial on that indictment on September 26, 2006. The defendant was found guilty of several counts of that indictment on October 13, 2006, and was sentenced by the Court on February 28, 2007. Accordingly, the original indictment, the first superceding indictment and the second superceding indictment may be properly dismissed in the interests of justice. Counsel for the defendant, Peter Horstmann, Esquire, assents to this motion.

```
                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                         By:  S/ Suzanne Sullivan
                              SUZANNE SULLIVAN
                              Assistant U.S. Attorney
```

CERTIFICATE OF SERVICE

    This is to certify that I have this day served a copy of the foregoing document by efiling it to counsel for Scott Boidi, Peter Horstmann, Esq.

                                      S/ Suzanne Sullivan
                                      SUZANNE SULLIVAN
                                      LAURA J. KAPLAN