## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USDC Docket Number : 05-cr-10025

United States of America

v.

Scott Boidi

## CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-116

and contained in I Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on  3/2/2007.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on April 2, 2007.

Sarah A. Thornton, Clerk of Court

By:

Receipt of the documents in the above entitled
case is hereby acknowledged this date:  4|2|07 .

_____
Deputy Clerk, US Court  of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06

APPEAL, MAG, VICTIM

# United States District Court
# District of Massachusetts (Boston)
# CRIMINAL DOCKET FOR CASE #: 1:05-cr-10025-GAO-ALL

Case title: USA v. Boidi

Date Filed: 02/03/2005

Assigned to: Judge George A. O'Toole, Jr

### Defendant

**Scott Boidi** (1)
*TERMINATED: 03/01/2007*

represented by **John W. Mitchell**
Law Offices of John W. Mitchell
Suite 6E
443 Greenwich Street
New York, NY 10013
US
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Peter C. Horstmann**
Law Offices of Partridge, Ankner &
Horstmann, LLP
200 Berkeley Street, 16th Floor
Boston, MA 02116
617-859-9999
Fax: 617-859-9998
Email: pete@horstmannlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

### Pending Counts

**Disposition**

84 months on counts 1sss and 5sss to run
concurrent with each other; 60 months on
counts 2sss-4sss to run concurrent with
each other and with the sentence imposed
on counts 1sss and 5sss; 48 months on
count 6sss to run concurrent with sentence
on counts 1sss-5sss. The court
recommends to the Bureau of Prisons that
they take into account the defendant's
family circumstances when designating a
facility. The court also recommends that
the defendant participate in the Bureau of
Prisons' 500-HOur Residential Drug Abuse
Program. Defendant is remanded to the
United States Marshal. 4 years supervised
release on count 5sss; 3 years on counts

1sss-4sss to run concurrent with each other and with count 5sss; 12 months on count 6sss to run concurrent with the sentence on counts 1sss-5sss. ( See the Judgment and Commitment Order for the special conditions) . Defendant is assessed 600.00. Defendant is to pay a restitution in the total amount of 13,000.00. $7,434.63 to be paid to Fidelity & Deposit Co. of MD and $5,565.37 to LIUNA, Local 88. The restitution shall be paid immediately or according to a schedule set up by probation, or, if necessary, by the court after a hearing. Any payment made, that is not payment in full shall be divided proportionately among the parties named. Payments shall be made to the Clerk, US District Court for transfer to the victims previously listed. Fine is waived.

18:1962 RACKETEERING
(1sss)

84 months on counts 1sss and 5sss to run concurrent with each other; 60 months on counts 2sss-4sss to run concurrent with each other and with the sentence imposed on counts 1sss and 5sss; 48 months on count 6sss to run concurrent with sentence on counts 1sss-5sss. The court recommends to the Bureau of Prisons that they take into account the defendant's family circumstances when designating a facility. The court also recommends that the defendant participate in the Bureau of Prisons' 500-HOur Residential Drug Abuse Program. Defendant is remanded to the United States Marshal. 4 years supervised release on count 5sss; 3 years on counts 1sss-4sss to run concurrent with each other and with count 5sss; 12 months on count 6sss to run concurrent with the sentence on counts 1sss-5sss. ( See the Judgment and Commitment Order for the special conditions) . Defendant is assessed 600.00. Defendant is to pay a restitution in the total amount of 13,000.00. $7,434.63 to be paid to Fidelity & Deposit Co. of MD and $5,565.37 to LIUNA, Local 88. The restitution shall be paid immediately or according to a schedule set up by probation, or, if necessary, by the court after a hearing. Any payment made, that is not payment in full shall be divided proportionately among the parties named. Payments shall be made to the Clerk, US District Court for transfer to the victims

29:501(c) Embezzlement of Union Assets
(2sss-4sss)

previously listed. Fine is waived.

84 months on counts 1sss and 5sss to run concurrent with each other; 60 months on counts 2sss-4sss to run concurrent with each other and with the sentence imposed on counts 1sss and 5sss; 48 months on count 6sss to run concurrent with sentence on counts 1sss-5sss. The court recommends to the Bureau of Prisons that they take into account the defendant's family circumstances when designating a facility. The court also recommends that the defendant participate in the Bureau of Prisons' 500-HOur Residential Drug Abuse Program. Defendant is remanded to the United States Marshal. 4 years supervised release on count 5sss; 3 years on counts 1sss-4sss to run concurrent with each other and with count 5sss; 12 months on count 6sss to run concurrent with the sentence on counts 1sss-5sss. ( See the Judgment and Commitment Order for the special conditions) . Defendant is assessed 600.00. Defendant is to pay a restitution in the total amount of 13,000.00. $7,434.63 to be paid to Fidelity & Deposit Co. of MD and $5,565.37 to LIUNA, Local 88. The restitution shall be paid immediately or according to a schedule set up by probation, or, if necessary, by the court after a hearing. Any payment made, that is not payment in full shall be divided proportionately among the parties named. Payments shall be made to the Clerk, US District Court for transfer to the victims previously listed. Fine is waived.

21:846 Conspiracy to Possess with Intent
to Distribute Cocaine
(5sss)

84 months on counts 1sss and 5sss to run concurrent with each other; 60 months on counts 2sss-4sss to run concurrent with each other and with the sentence imposed on counts 1sss and 5sss; 48 months on count 6sss to run concurrent with sentence on counts 1sss-5sss. The court recommends to the Bureau of Prisons that they take into account the defendant's family circumstances when designating a facility. The court also recommends that the defendant participate in the Bureau of Prisons' 500-HOur Residential Drug Abuse Program. Defendant is remanded to the United States Marshal. 4 years supervised release on count 5sss; 3 years on counts 1sss-4sss to run concurrent with each other

21:843(b)USE COMMUNICATIONS

FACILITY
⁽⁾(6sss)

and with count 5sss; 12 months on count
6sss to run concurrent with the sentence on
counts 1sss-5sss. ( See the Judgment and
Commitment Order for the special
conditions) . Defendant is assessed 600.00.
Defendant is to pay a restitution in the total
amount of 13,000.00. $7,434.63 to be paid
to Fidelity & Deposit Co. of MD and
$5,565.37 to LIUNA, Local 88. The
restitution shall be paid immediately or
according to a schedule set up by
probation, or, if necessary, by the court
after a hearing. Any payment made, that is
not payment in full shall be divided
proportionately among the parties named.
Payments shall be made to the Clerk, US
District Court for transfer to the victims
previously listed. Fine is waived.

## **Highest Offense Level (Opening)**

Felony

### **Terminated Counts**

### **Disposition**

18:1962 RACKETEERING
(1)

Dismissed on motion of the government

18:1962 Racketeering INTERSTATE
COMMERCE
(1s)

Dismissed on motion of the government

·18: 1962(c) - RACKETEERING
(1ss)

Dismissed on motion of the government

·29:501 EMBEZZLEMENT OF ASSETS:
PENALTY
(2-4)

Dismissed on motion of the government

29:501(c) - Embezzlement of Union Assets
(2s-4s)

Dismissed on motion of the government

29:501(c); 18:2 - EMBEZZLEMENT OF
UNION ASSETS; AIDING AND
ABETTING
(2ss-4ss)

Dismissed on motion of the government

21:841(a)(1) Possession with Intent to
Distribute Cocaine
(5)

Dismissed on motion of the government

21:841(a)(1) Possession with Intent to
Distribute Cocaine
(5s)

Dismissed on motion of the government

21:841(a)(1); 18:2 - POSSESSION WITH
INTENT TO DISTRIBUTE COCAINE;
AIDING AND ABETTING
(5ss)

Dismissed on motion of the government

| | |
|---|---|
| 21:843(b)USE COMMUNICATIONS FACILITY - CONTROLLED SUBSTANCE - DISTR. (6) | Dismissed on motion of the government |
| 21:843(b)USE COMMUNICATIONS FACILITY - NARCOTIC - DISTRIBUTE (6s) | Dismissed on motion of the government |
| 21:843(b) - USE OF COMMUNICATION FACILITY (6ss) | Dismissed on motion of the government |
| 18:924 Carrying a Firearm (7) | Dismissed on motion of the government |
| 18:924(c)(1)(A) - Carrying a Firearm (7s) | Dismissed on motion of the government |
| 18:924(c)(1)(A) - CARRYING A FIREARM (7ss) | Dismissed on motion of the government |
| 18:924(c)(1)(A) Carrying a Firearm (7sss) | |
| 18:1505 Witness Tampering (8) | Dismissed on motion of the government |
| 18:1505 Witness Tampering (8s) | Dismissed on motion of the government |
| 18:1505 - WITNESS TAMPERING (8ss) | Dismissed on motion of the government |
| 18:1505 Witness Tampering (8sss-9sss) | |
| 18:1512(b)(2) Witness Tampering (9) | Dismissed on motion of the government |
| 18:1512(b)(2) - WITNESS TAMPERING (9s) | Dismissed on motion of the government |
| 18:1512(b)(2) - WITNESS TAMPERING (9ss) | Dismissed on motion of the government |

### Highest Offense Level (Terminated)

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

### Plaintiff

| | | |
|---|---|---|
| USA | represented by | **Laura Kaplan**<br>United States Attorney's Office<br>John Joseph Moakley Federal Courthouse<br>I Courthouse Way |

Suite 9200
Boston, MA 02210
617-748-3124
Fax: 617-748-3963
Email: laura.kaplan@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Suzanne M. Sullivan**
United States Attorney's Office
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3146
Fax: 617-748-3951
Email: suzanne.sullivan@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/03/2005 | 1 | SEALED INDICTMENT as to Scott Boidi (1) count(s) 1, 2-4, 5, 6, 7, 8, 9. (Gawlik, Cathy) (Entered: 02/03/2005) |
| 02/03/2005 | 2 | MOTION to Seal Case, MOTION to Unseal Case as to Scott Boidiby USA. (Smith3, Dianne) (Entered: 02/04/2005) |
| 02/03/2005 | ● | Judge Judith G. Dein : Endorsement on motionORDER entered granting [2] Motion to Seal Case as to Scott Boidi (1); granting [2] Motion to Unseal Case as to Scott Boidi (1) (Smith3, Dianne) (Entered: 02/04/2005) |
| 02/04/2005 | ● | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Arraignment as to Scott Boidi (1) Count 1,2-4,5,6,7,8,9 held on 2/4/2005, Initial Appearance as to Scott Boidi held on 2/4/2005, Plea entered by Scott Boidi (1) Count 1,2-4,5,6,7,8,9. by Scott Boidi Not Guilty on counts All.; AUSA Kaplan and Attorney Horstmann for the dft.; USMJ Dein informs the dft of his rights and charges; 1st status conference is set of 3/17/05 @ 10:00am.; Dft is released on unsecured bond with conditions. (Court Reporter D.R..) (Quinn, Thomas) (Entered: 02/04/2005) |
| 02/04/2005 | 3 | NOTICE OF ATTORNEY APPEARANCE: appearing for Scott Boidi (Quinn, Thomas) (Entered: 02/04/2005) |
| 02/04/2005 | 4 | Appearance Bond Entered as to Scott Boidi in amount of $ 100,00.00, (Quinn, Thomas) (Entered: 02/04/2005) |
| 02/04/2005 | 5 | Judge Judith G. Dein : ORDER entered. ORDER Setting Conditions of Release (Quinn, Thomas) (Entered: 02/04/2005) |
| 02/04/2005 | 6 | Judge Judith G. Dein : ORDER entered. INITIAL SCHEDULING ORDER as to Scott Boidi. Status Conference set for 3/17/2005 10:00 AM in Courtroom 15 before Magistrate Judge Judith G. Dein. (Dambrosio, Jolyne) (Entered: 02/07/2005) |
| 02/04/2005 | 7 | Judge Judith G. Dein : ORDER entered. ORDER ON EXCLUDABLE DELAY as to Scott Boidi. Time excluded from 2/4/05 until 3/4/05. (Dambrosio, Jolyne) (Entered: 02/07/2005) |

| 02/11/2005 | 8 | Arrest Warrant Returned Executed on February 3, 2005. as to Scott Boidi. (Abaid, Kim) (Entered: 02/14/2005) |
|---|---|---|
| 03/17/2005 | 9 | Judge Judith G. Dein : ORDER entered. INITIAL STATUS REPORT as to Scott Boidi. Status Conference set for 5/2/2005 02:30 PM in Courtroom 15 before Magistrate Judge Judith G. Dein. (Dambrosio, Jolyne) (Entered: 03/17/2005) |
| 03/17/2005 | 10 | Judge Judith G. Dein : ORDER entered. ORDER ON EXCLUDABLE DELAY as to Scott Boidi. Time excluded from 3/4/05 until 5/2/05. (Dambrosio, Jolyne) (Entered: 03/17/2005) |
| 03/17/2005 | 11 | JOINT MEMORANDUM of the parties re initial status conference by USA, Scott Boidi (Edge, Eugenia) (Entered: 03/17/2005) |
| 03/30/2005 | 12 | Emergency MOTION to Modify Conditions of Release as to Scott Boidi. (Horstmann, Peter) (Entered: 03/30/2005) |
| 03/30/2005 | 13 | Letter (non-motion) regarding Defendant Scott Boidi's Request For Discovery, Inspection, The Production of Brady Material, etc. as to Scott Boidi (Horstmann, Peter) (Entered: 03/30/2005) |
| 03/31/2005 | ❑ | Judge Judith G. Dein : Electronic ORDER entered granting 12 Motion to Modify Conditions of Release as to Scott Boidi (1) (Quinn, Thomas) (Entered: 03/31/2005) |
| 03/31/2005 | 14 | FIRST SUPERSEDING INDICTMENT as to Scott Boidi (1) count(s) 1s, 2s-4s, 5s, 6s, 7s, 8s-9s. (Gawlik, Cathy) Additional attachment(s) added on 4/12/2005 (Gawlik, Cathy). (Entered: 04/01/2005) |
| 04/01/2005 | 15 | Judge George A. O'Toole Jr.: ORDER entered. ORDER REFERRING CASE to Magistrate Judge Judith G. Dein Reason for referral: pretrial proceedings as to Scott Boidi (Gawlik, Cathy) (Entered: 04/01/2005) |
| 04/29/2005 | 16 | Assented to MOTION to Continue to 05/12/2005 to Interim Status Conference as to Scott Boidi. (Horstmann, Peter) (Entered: 04/29/2005) |
| 05/02/2005 | ❑ | Judge Judith G. Dein : Electronic ORDER entered granting 16 Motion to Continue as to Scott Boidi (1). Status conference is reset to May 12, 2005 @ 2:45pm. (Quinn, Thomas) (Entered: 05/03/2005) |
| 05/02/2005 | 17 | Judge Judith G. Dein : ORDER entered. ORDER ON EXCLUDABLE DELAY as to Scott Boidi Time excluded from 5/2/05 until 5/12/05. (Quinn, Thomas) (Entered: 05/05/2005) |
| 05/12/2005 | ❑ | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Arraignment as to Scott Boidi (1) Count 1s,2s-4s,5s,6s,7s,8s,9s held on 5/12/2005, Status Conference as to Scott Boidi held on 5/12/2005, Plea entered by Scott Boidi Not Guilty on counts all.; AUSA and Attorney Horstman for the dft.; Counsel report current case status; discovery motions due 5/27/05 and next conference is set for 6/13/05 @ 11:15am. (Court Reporter D.R..) (Quinn, Thomas) (Entered: 05/12/2005) |
| 05/12/2005 | 18 | Judge Judith G. Dein : ORDER entered. STATUS REPORT as to Scott Boidi Status Conference set for 6/13/2005 11:15 AM in Courtroom 15 before Magistrate Judge Judith G. Dein. (Quinn, Thomas) (Entered: 05/12/2005) |
| 05/12/2005 | 19 | Judge Judith G. Dein : ORDER entered. ORDER ON EXCLUDABLE DELAY as to Scott Boidi Time excluded from 5/12/05 until 6/13/05. (Quinn, Thomas) |

|  |  |  |
|---|---|---|
|  |  | (Entered: 05/12/2005) |
| 05/27/2005 | 20 | MOTION for Discovery as to Scott Boidi. (Horstmann, Peter) (Entered: 05/27/2005) |
| 05/27/2005 | 21 | MOTION for Discovery *of Grand Jury Minutes and Incorporated Memorandum in Support of Motion for Discovery of Grand Jury Minutes* as to Scott Boidi. (Attachments: # 1 Exhibit # 2 Exhibit)(Horstmann, Peter) (Entered: 05/27/2005) |
| 06/09/2005 | 22 | First MEMORANDUM in Opposition by USA as to Scott Boidi re 20 MOTION for Discovery, 21 MOTION for Discovery *of Grand Jury Minutes and Incorporated Memorandum in Support of Motion for Discovery of Grand Jury Minutes* (Kaplan, Laura) (Entered: 06/09/2005) |
| 06/13/2005 | 23 | Joint Initial Status Conference Memorandum as to Scott Boidi (Kaplan, Laura) Modified on 6/13/2005 to add description of document (Edge, Eugenia). (Entered: 06/13/2005) |
| 06/13/2005 | 24 | Supplemental MEMORANDUM in Support by Scott Boidi re 21 MOTION for Discovery *of Grand Jury Minutes and Incorporated Memorandum in Support of Motion for Discovery of Grand Jury Minutes* (Attachments: # 1 Exhibit) (Horstmann, Peter) (Entered: 06/13/2005) |
| 06/13/2005 | ❍ | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Status Conference as to Scott Boidi held on 6/13/2005; AUSA Kaplan and Attorney Horstmann report current case status and seek further conference for 7/20/05 @ 10:00am. Dispositive motions due 8/1/05. (Court Reporter D.R..) (Quinn, Thomas) (Entered: 06/13/2005) |
| 06/13/2005 | ❍ | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Motion Hearing as to Scott Boidi held on 6/13/2005 re 20 MOTION for Discovery filed by Scott Boidi,, 21 MOTION for Discovery *of Grand Jury Minutes and Incorporated Memorandum in Support of Motion for Discovery of Grand Jury Minutes* filed by Scott Boidi,; AUSA Kaplan and Attorney Horstmann make arguments on the motion and USMJ Dein takes matter under advisement. (Court Reporter D.R..) (Quinn, Thomas) (Entered: 06/13/2005) |
| 06/13/2005 | 25 | Judge Judith G. Dein : ORDER entered. STATUS REPORT as to Scott Boidi Status Conference set for 7/20/2005 10:00 AM in Courtroom 15 before Magistrate Judge Judith G. Dein. (Quinn, Thomas) (Entered: 06/13/2005) |
| 06/13/2005 | 26 | Judge Judith G. Dein : ORDER entered. ORDER ON EXCLUDABLE DELAY as to Scott Boidi Time excluded from 6/13/05 until 7/20/05. (Quinn, Thomas) (Entered: 06/13/2005) |
| 06/15/2005 | 27 | Judge Judith G. Dein: ORDER on Discovery Motions entered denying 20 Motion for Discovery as to Scott Boidi (1); denying 21 Motion for Discovery as to Scott Boidi (1) (Irwin, Nancy) (Entered: 06/15/2005) |
| 07/14/2005 | 28 | SECOND SUPERSEDING INDICTMENT as to Scott Boidi (1) count(s) 1ss, 2ss-4ss, 5ss, 6ss, 7ss, 8ss, 9ss, FILED. (Catino2, Theresa) (Entered: 07/14/2005) |
| 07/14/2005 | 29 | Judge George A. O'Toole Jr.: ORDER entered. ORDER REFERRING CASE to Magistrate Judge Judith G. Dein Reason for referral: for pretrial on second superseding indictment as to Scott Boidi (Catino, Theresa) (Entered: 07/14/2005) |
| 07/20/2005 | 30 | Status Conference Memorandum as to Scott Boidi (Kaplan, Laura) Additional |

| | | attachment(s) added on 8/11/2005 (Edge, Eugenia). (Entered: 07/20/2005) |
|---|---|---|
| 07/20/2005 | 31 | Joint Final Status Conference MEMORANDUM by Scott Boidi (Kaplan, Laura) Additional attachment(s) added on 8/11/2005 (Edge, Eugenia). (Entered: 07/20/2005) |
| 07/22/2005 | ❑ | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Arraignment as to Scott Boidi (1) Count 1ss,2ss-4ss,5ss,6ss,7ss,8ss,9ss held on 7/22/2005, Status Conference as to Scott Boidi held on 7/22/2005, Plea entered by Scott Boidi Not Guilty on counts all. Next status conference is set for 9/1/05 @ 10:00am. (Court Reporter D.R..) (Quinn, Thomas) (Entered: 07/25/2005) |
| 07/22/2005 | 32 | Judge Judith G. Dein : ORDER entered. STATUS REPORT as to Scott Boidi Status Conference set for 9/1/2005 10:00 AM in Courtroom 15 before Magistrate Judge Judith G. Dein. (Quinn, Thomas) (Entered: 07/25/2005) |
| 07/22/2005 | 33 | Judge Judith G. Dein : ORDER entered. ORDER ON EXCLUDABLE DELAY as to Scott Boidi Time excluded from 7/20/05 until 9/1/05. (Quinn, Thomas) (Entered: 07/25/2005) |
| 08/31/2005 | 34 | Assented to MOTION to Continue *the Date for Filing of Substantive Motions and Final Pretrial Conference Report* as to Scott Boidi. (Horstmann, Peter) (Entered: 08/31/2005) |
| 09/01/2005 | ❑ | Judge Judith G. Dein : Electronic ORDER entered granting 34 Motion to Continue as to Scott Boidi (1). The Final Status Conference is continued to 9/9/05 at 11:30AM. (Dambrosio, Jolyne) (Entered: 09/01/2005) |
| 09/01/2005 | 35 | Judge Judith G. Dein : ORDER entered. ORDER ON EXCLUDABLE DELAY as to Scott Boidi. Time excluded from 9/1/05 until 9/9/05. (Dambrosio, Jolyne) (Entered: 09/01/2005) |
| 09/06/2005 | 36 | MOTION for Leave to File Excess Pages as to Scott Boidi. (Horstmann, Peter) (Entered: 09/06/2005) |
| 09/06/2005 | 37 | MOTION to Dismiss *and/or Sever Counts of Second Superceding Indictment and/or for a Bill of Particulars* as to Scott Boidi. (Horstmann, Peter) (Entered: 09/06/2005) |
| 09/06/2005 | 38 | MEMORANDUM in Support by Scott Boidi re 37 MOTION to Dismiss *and/or Sever Counts of Second Superceding Indictment and/or for a Bill of Particulars* (Horstmann, Peter) (Entered: 09/06/2005) |
| 09/07/2005 | 39 | Cover Letter (non-motion) regarding Unpublished Opinion as to Scott Boidi by Peter Charles Horstmann. (Edge, Eugenia) (Entered: 09/08/2005) |
| 09/09/2005 | 40 | STATUS REPORT , *JOINT FINAL* by Scott Boidi (Horstmann, Peter) (Entered: 09/09/2005) |
| 09/09/2005 | 41 | Judge Judith G. Dein : ORDER entered. FINAL STATUS REPORT as to Scott Boidi (Quinn, Thomas) (Entered: 09/12/2005) |
| 09/14/2005 | 42 | Opposition by USA as to Scott Boidi re 37 MOTION to Dismiss *and/or Sever Counts of Second Superceding Indictment and/or for a Bill of Particulars* (Kaplan, Laura) Additional attachment(s) added on 9/28/2005 (Edge, Eugenia). (Entered: 09/14/2005) |
| | ❑ | |

| 09/16/2005 | | NOTICE OF HEARING as to Scott Boidi Status Conference set for 10/17/2005 02:15 PM in Courtroom 9 before Judge George A. O'Toole Jr.. Please mark your calendars accordingly.(Lyness, Paul) (Entered: 09/16/2005) |
|---|---|---|
| 09/21/2005 | 43 | THIRD SUPERSEDING INDICTMENT as to Scott Boidi (1) count(s) 1sss, 2sss-4sss, 5sss, 6sss, 7sss, 8sss-9sss. (Gawlik, Cathy) (Entered: 09/21/2005) |
| 09/21/2005 | 44 | Judge George A. O'Toole Jr.: ORDER entered. ORDER REFERRING CASE to Magistrate Judge Judith G. Dein Reason for referral: pretrial proceedings re: Third Superseding Indictment as to Scott Boidi (Gawlik, Cathy) (Entered: 09/21/2005) |
| 09/29/2005 | 45 | Assented to MOTION to Continue /Reschedule Status Conference as to Scott Boidi. (Horstmann, Peter) (Entered: 09/29/2005) |
| 09/30/2005 | ● | Judge George A. O'Toole Jr.: ElectronicORDER entered granting 45 Motion to Continue as to Scott Boidi (1) (Lyness, Paul) (Entered: 09/30/2005) |
| 09/30/2005 | ● | NOTICE OF RESCHEDULING as to Scott Boidi Status Conference set for 10/12/2005 02:00 PM in Courtroom 9 before Judge George A. O'Toole Jr.. Please mark your calendars accordingly.(Lyness, Paul) (Entered: 09/30/2005) |
| 10/12/2005 | ● | ElectronicClerk's Notes for proceedings held before Judge Judith G. Dein :Arraignment as to Scott Boidi (1) Count 1sss,2sss-4sss,5sss,6sss,7sss,8sss-9sss held on 10/12/2005;AUSA Kaplan and Attorney Horstmann for the dft.; Dft. pleads not guilty to all counts; USMJ Dein will return file to district court. (Court Reporter DR.) (Quinn, Thomas) (Entered: 10/12/2005) |
| 10/12/2005 | ● | ElectronicClerk's Notes for proceedings held before Judge George A. O'Toole Jr.:Status Conference as to Scott Boidi held on 10/12/2005. Defendant has two weeks to file any new motions. Government has two weeks thereafter to respond. A motion hearing on any pending motions is scheduled for 11/21/05. All time between now and 11/21/05 is excluded in the interest of justice. (Court Reporter Richard Romanow.) (Lyness, Paul) (Entered: 10/13/2005) |
| 10/12/2005 | ● | NOTICE OF HEARING ON MOTION as to Scott Boidi Motion Hearing set for 11/21/2005 02:00 PM in Courtroom 9 before Judge George A. O'Toole Jr.. Please mark your calendars accordingly.(Lyness, Paul) (Entered: 10/13/2005) |
| 10/26/2005 | 46 | MEMORANDUM in Support by Scott Boidi re 37 MOTION to Dismiss and/or Sever Counts of Second Superceding Indictment and/or for a Bill of Particulars (Horstmann, Peter) (Entered: 10/26/2005) |
| 11/07/2005 | ● | Judge George A. O'Toole Jr.: ElectronicORDER entered granting 36 Motion for Leave to File Excess Pages as to Scott Boidi (1) (Lyness, Paul) (Entered: 11/07/2005) |
| 11/08/2005 | 47 | MOTION for Leave to Appear Pro Hac Vice by John W. Mitchell as to Scott Boidi. (Horstmann, Peter) (Entered: 11/08/2005) |
| 11/08/2005 | 48 | AFFIDAVIT of John W. Mitchell, Esq. by Scott Boidi 47 MOTION for Leave to Appear Pro Hac Vice by John W. Mitchell filed by Scott Boidi, (Horstmann, Peter) (Entered: 11/08/2005) |
| 11/08/2005 | 49 | AFFIDAVIT of Peter Charles Horstmann, Esq. by Scott Boidi 47 MOTION for Leave to Appear Pro Hac Vice by John W. Mitchell filed by Scott Boidi, (Horstmann, Peter) (Entered: 11/08/2005) |

| 11/08/2005 | ⬤50 | PROPOSED ORDER(S) submitted by Scott Boidi (Horstmann, Peter) (Entered: 11/08/2005) |
| 11/09/2005 | ⬤51 | SUR-REPLY to Motion by USA as to Scott Boidi re 37 MOTION to Dismiss *and/or Sever Counts of Second Superceding Indictment and/or for a Bill of Particulars* (Kaplan, Laura) (Entered: 11/09/2005) |
| 11/21/2005 | ⬤ | ElectronicClerk's Notes for proceedings held before Judge George A. O'Toole Jr.:Motion Hearing as to Scott Boidi held on 11/21/2005 re 37 MOTION to Dismiss *and/or Sever Counts of Second Superceding Indictment and/or for a Bill of Particulars* filed by Scott Boidi, The court takes the matter under advisement. Jury Selection set for 4/24/2006 09:00 AM in Courtroom 9 before Judge George A. O'Toole Jr.. Jury Trial set for 4/24/2006 09:00 AM in Courtroom 9 before Judge George A. O'Toole Jr.. Final Pretrial Conference set for 4/11/2006 02:00 PM in Courtroom 9 before Judge George A. O'Toole Jr.. (Court Reporter Shelly Killian.) (Lyness, Paul) (Entered: 11/21/2005) |
| 12/19/2005 | ⬤ | FILING FEE PAID $ 50 Receipt# 68988 regarding Motion (entry #47) to admit Pro Hac Vice for Atty. John Mitchell as to Scott Boidi (Edge, Eugenia) (Entered: 12/21/2005) |
| 12/21/2005 | ⬤ | Judge George A. O'Toole Jr.: Electronic ORDER entered granting 47 Motion for Leave to Appear Pro Hac Vice for Attorney John W. Mitchell for Scott Boidi. as to Scott Boidi (1). cc/cl (Edge, Eugenia) (Entered: 12/21/2005) |
| 02/24/2006 | ⬤52 | Judge George A. O'Toole Jr.: MEMORANDUM AND ORDER entered denying 37 Motion to Dismiss, motion to sever and motion for a bill of particulars as to Scott Boidi (1) (Lyness, Paul) Additional attachment(s) added on 2/27/2006 (Lyness, Paul). (Entered: 02/27/2006) |
| 03/03/2006 | ⬤ | Set/Reset Hearings as to Scott Boidi: Pretrial Conference set for 4/19/2005 02:00 PM in Courtroom 9 before Judge George A. O'Toole Jr.. Please mark your calendars accordingly. (Lyness, Paul) (Entered: 03/03/2006) |
| 03/27/2006 | ⬤53 | Joint MOTION to Continue *Trial* as to Scott Boidiby USA. (Kaplan, Laura) (Entered: 03/27/2006) |
| 03/28/2006 | ⬤ | Judge George A. O'Toole Jr.: Electronic ORDER entered granting 53 Motion to Continue as to Scott Boidi (1) Jury Trial set for 9/18/2006 09:00 AM in Courtroom 9 before Judge George A. O'Toole Jr.. Pretrial Conference set for 9/7/2006 02:00 PM in Courtroom 9 before Judge George A. O'Toole Jr.. (Lyness, Paul) (Entered: 03/28/2006) |
| 04/11/2006 | ⬤ | Terminate Deadlines and Hearings as to Scott Boidi: (Lyness, Paul) (Entered: 04/11/2006) |
| 08/15/2006 | ⬤54 | MOTION in Limine *to Admit Testimony of LIUNA GEB Attorney Robert Luskin* as to Scott Boidiby USA. (Kaplan, Laura) (Entered: 08/15/2006) |
| 08/25/2006 | ⬤55 | MOTION in Limine *to Exclude Prior Convictions* as to Scott Boidi. (Horstmann, Peter) (Entered: 08/25/2006) |
| 08/30/2006 | ⬤56 | MEMORANDUM in Opposition by Scott Boidi re 54 MOTION in Limine *to Admit Testimony of LIUNA GEB Attorney Robert Luskin and Cross Motion to Preclude Labor Union Regulations, Bylaws, Statutes, Etc.* (Horstmann, Peter) (Entered: 08/30/2006) |
| 09/01/2006 | ⬤57 | MOTION in Limine *inadmissible hearsay* as to Scott Boidiby USA. (Sullivan, |

| | | Suzanne) (Entered: 09/01/2006) |
|---|---|---|
| 09/01/2006 | 58 | PROPOSED ORDER(S) submitted by USA as to Scott Boidi (Attachments: # 1 Exhibit Exhibit# 2 Text of Proposed Order Text of Proposed Order)(Kaplan, Laura) (Entered: 09/01/2006) |
| 09/01/2006 | 59 | PROPOSED ORDER(S) submitted by USA as to Scott Boidi (Attachments: # 1 Exhibit Exhibit# 2 Text of Proposed Order Text)(Kaplan, Laura) (Entered: 09/01/2006) |
| 09/01/2006 | 60 | PROPOSED ORDER(S) submitted by USA as to Scott Boidi (Attachments: # 1 Exhibit Exhibit# 2 Text of Proposed Order Text)(Kaplan, Laura) (Entered: 09/01/2006) |
| 09/01/2006 | 61 | PROPOSED ORDER(S) submitted by USA as to Scott Boidi (Attachments: # 1 Exhibit Exhibit# 2 Text of Proposed Order Text)(Kaplan, Laura) (Entered: 09/01/2006) |
| 09/01/2006 | 62 | PROPOSED ORDER(S) submitted by USA as to Scott Boidi (Attachments: # 1 Exhibit Exhibit# 2 Text of Proposed Order Text)(Kaplan, Laura) (Entered: 09/01/2006) |
| 09/01/2006 | 63 | PROPOSED ORDER(S) submitted by USA as to Scott Boidi (Attachments: # 1 Exhibit Exhibit# 2 Text of Proposed Order Text)(Kaplan, Laura) (Entered: 09/01/2006) |
| 09/04/2006 | 64 | Proposed Voir Dire by Scott Boidi (Horstmann, Peter) (Entered: 09/04/2006) |
| 09/05/2006 | 65 | Proposed Voir Dire by USA as to Scott Boidi (Kaplan, Laura) (Entered: 09/05/2006) |
| 09/05/2006 | 66 | RESPONSE to Motion by USA as to Scott Boidi re 55 MOTION in Limine *to Exclude Prior Convictions* (Sullivan, Suzanne) (Entered: 09/05/2006) |
| 09/05/2006 | 68 | Judge George A. O'Toole Jr.: ORDER entered. as to Scott Boidi re 58 Proposed Order(s) submitted filed by USA, (Edge, Eugenia) (Entered: 09/06/2006) |
| 09/05/2006 | 69 | Judge George A. O'Toole Jr.: ORDER entered. as to Scott Boidi re 59 Proposed Order(s) filed by USA, (Edge, Eugenia) (Entered: 09/06/2006) |
| 09/05/2006 | 70 | Judge George A. O'Toole Jr.: ORDER entered. as to Scott Boidi re 60 Proposed Order(s) filed by USA, (Edge, Eugenia) (Entered: 09/06/2006) |
| 09/05/2006 | | Judge George A. O'Toole Jr.: ORDER entered. as to Scott Boidi re 61 Proposed Order(s) filed by USA, (Edge, Eugenia) Additional attachment(s) added on 9/6/2006 (Edge, Eugenia). (Entered: 09/06/2006) |
| 09/05/2006 | 72 | Judge George A. O'Toole Jr.: ORDER entered. as to Scott Boidi re 62 Proposed Order(s) filed by USA, (Edge, Eugenia) (Entered: 09/06/2006) |
| 09/05/2006 | | Judge George A. O'Toole Jr.: ORDER entered. as to Scott Boidi re 63 Proposed Order(s) filed by USA, (Edge, Eugenia) (Entered: 09/06/2006) |
| 09/06/2006 | | Opposition by Scott Boidi re 57 MOTION in Limine *inadmissible hearsay* (Horstmann, Peter) (Entered: 09/06/2006) |
| 09/07/2006 | ◐ | ElectronicClerk's Notes for proceedings held before Judge George A. O'Toole Jr.:Final Pretrial Conference as to Scott Boidi held on 9/7/2006, The motion in Limine to admit testimony of LIUNA GEB Robert Luskin ( #54) is GRANTED. |

| | | The motion in Limine to Exclude Prior Convictions ( #55) and Motion in Limine inadmissible heresay ( #57) to be determined at the time of trial. Government's witness and exhibit disclosure due on 9/11/06; Defendant's witness and exhibit disclosure due on 9/14/06. Motions terminated as toScott Boidi: (Court Reporter Shelly Killian.) (Lyness, Paul) (Entered: 09/07/2006) |
|---|---|---|
| 09/08/2006 | 74 | NOTICE OF ATTORNEY APPEARANCE Suzanne M. Sullivan appearing for USA. (Sullivan, Suzanne) (Entered: 09/08/2006) |
| 09/08/2006 | 75 | Writ of Habeas Corpus ad Testificandum Issued as to Ralph Soto a/k/a Wilfredo Gomez for 9/22/06 at 9:00am in case as to Scott Boidi (Lyness, Paul) (Entered: 09/08/2006) |
| 09/11/2006 | 76 | WITNESS LIST by USA as to Scott Boidi (Kaplan, Laura) Modified on 9/13/2006 (Edge, Eugenia). (Entered: 09/11/2006) |
| 09/11/2006 | 77 | EXHIBIT LIST by USA as to Scott Boidi (Kaplan, Laura) Modified on 9/13/2006 (Edge, Eugenia). (Entered: 09/11/2006) |
| 09/12/2006 | 78 | Emergency MOTION to Continue *Trial* as to Scott Boidi. (Horstmann, Peter) (Entered: 09/12/2006) |
| 09/13/2006 | ❑ | ELECTRONIC NOTICE OF HEARING ON MOTION as to Scott Boidi 78 Emergency MOTION to Continue *Trial*: Motion Hearing set for 9/13/2006 02:00 PM in Courtroom 9 before Judge George A. O'Toole Jr.. (Lyness, Paul) (Entered: 09/13/2006) |
| 09/13/2006 | | RESPONSE to Motion by USA as to Scott Boidi re 78 Emergency MOTION to Continue *Trial* (Kaplan, Laura) (Entered: 09/13/2006) |
| 09/13/2006 | ❑ | Judge George A. O'Toole Jr.: Electronic ORDER entered granting 78 Motion to Continue as to Scott Boidi (1) Jury Trial set for 9/25/2006 09:00 AM in Courtroom 9 before Judge George A. O'Toole Jr.. Please mark your calendars accordingly. (Lyness, Paul) (Entered: 09/13/2006) |
| 09/14/2006 | 80 | Amended Writ of Habeas Corpus ad Testificandum Issued as to Ralph Soto a/k/a Wilfredo Gomez for September 29, 2006 at 9:00am in case as to Scott Boidi (Lyness, Paul) (Entered: 09/14/2006) |
| 09/14/2006 | 81 | WITNESS LIST by Scott Boidi (Horstmann, Peter) Modified on 9/14/2006 (Edge, Eugenia). (Entered: 09/14/2006) |
| 09/14/2006 | 82 | EXHIBIT LIST by Scott Boidi (Horstmann, Peter) Modified on 9/14/2006 (Edge, Eugenia). (Entered: 09/14/2006) |
| 09/15/2006 | 83 | SEALED MOTION as to Scott Boidiby USA. (Lyness, Paul) (Entered: 09/18/2006) |
| 09/15/2006 | 84 | AFFIDAVIT by USA as to Scott Boidi (Lyness, Paul) Additional attachment(s) added on 9/18/2006 (Lyness, Paul). (Entered: 09/18/2006) |
| 09/15/2006 | ❑ | Arrest Warrant Issued as to Scott Boidi, for material witness Hector Vega. (Edge, Eugenia) (Entered: 10/10/2006) |
| 09/18/2006 | ❑ | Judge George A. O'Toole Jr.: Electronic ORDER entered granting 83 Motion as to Scott Boidi (1) (Lyness, Paul) (Entered: 09/18/2006) |
| 09/19/2006 | ❑ | ElectronicClerk's Notes for proceedings held before Judge George A. O'Toole Jr.:Detention Hearing for Material Witness in case as to Scott Boidi held on |

| | | |
|---|---|---|
| | | 9/19/2006. Govt: Laura Kaplan and Suzanne Sullivan; For the witness: Oscar Cruz; Pre Trial Officer Basil Cronin present. Hector Vega agrees to detention until the completion of his testimony. (Court Reporter Shelly Killian.) (Lyness, Paul) (Entered: 09/19/2006) |
| 09/20/2006 | 85 | Proposed Jury Instructions by USA as to Scott Boidi (Kaplan, Laura) (Entered: 09/20/2006) |
| 09/20/2006 | 86 | MOTION for Order *of Immunity for Defense Witness* as to Scott Boidi. (Horstmann, Peter) (Entered: 09/20/2006) |
| 09/22/2006 | 87 | Opposition by USA as to Scott Boidi re 86 MOTION for Order *of Immunity for Defense Witness* (Sullivan, Suzanne) Additional attachment(s) added on 9/25/2006 (Edge, Eugenia). (Entered: 09/22/2006) |
| 09/23/2006 | 88 | Proposed Jury Questions by Scott Boidi (Horstmann, Peter) (Entered: 09/23/2006) |
| 09/25/2006 | 89 | EXHIBIT LIST by USA as to Scott Boidi (Kaplan, Laura) Modified on 9/26/2006 (Edge, Eugenia). (Entered: 09/25/2006) |
| 09/25/2006 | 90 | WITNESS LIST by USA as to Scott Boidi (Kaplan, Laura) Modified on 9/26/2006 (Edge, Eugenia). (Entered: 09/25/2006) |
| 09/25/2006 | 91 | PROPOSED ORDER(S) submitted by USA as to Scott Boidi (Attachments: # 1 Exhibit Exhibit# 2 Text of Proposed Order Text of Proposed Order)(Kaplan, Laura) (Entered: 09/25/2006) |
| 09/25/2006 | 92 | MOTION Relief from sequestration order as to Elaine Boidi as to Scott Boidi. (Horstmann, Peter) (Entered: 09/25/2006) |
| 09/26/2006 | ✉ | ElectronicClerk's Notes for proceedings held before Judge George A. O'Toole Jr.:Voir Dire begun on 9/26/2006 Scott Boidi (1) on Count 1sss,2sss-4sss,5sss,6sss,7sss,8sss-9sss (Court Reporter Shelly Killian.) (Lyness, Paul) (Entered: 09/26/2006) |
| 09/26/2006 | 93 | Judge George A. O'Toole Jr.: ORDER entered. as to Scott Boidi re 91 Proposed Order(s) submitted filed by USA, (Lyness, Paul) (Entered: 09/28/2006) |
| 09/26/2006 | ✉ | Judge George A. O'Toole Jr.: Electronic ORDER entered granting in part and denying in part 92 Motion Sequestration as to Elaine Boidi (1) (Edge, Eugenia) (Entered: 10/03/2006) |
| 09/27/2006 | ✉ | ElectronicClerk's Notes for proceedings held before Judge George A. O'Toole Jr.:Jury Selection as to Scott Boidi held on 9/27/2006. The court excuses two prospective jurors from the panel. Jury selection will continue on 9/28/06 at 9:00am in Courtroom 9. (Court Reporter Shelly Killian.) (Lyness, Paul) (Entered: 09/27/2006) |
| 09/28/2006 | ✉ | ElectronicClerk's Notes for proceedings held before Judge George A. O'Toole Jr.:Jury Trial as to Scott Boidi held on 9/28/2006. Jury selection concludes and the jury is duly empanelled and sworn. Opening Statements: 9:51am - Gov't. - 10:13am; 10:14am - Deft. - 10:26am. Testimony of govt's witness Dominick Mazzeo begins. (Court Reporter Shelly Killian.) (Lyness, Paul) (Entered: 09/28/2006) |
| 09/29/2006 | ✉ | Writ of Habeas Corpus ad Testificandum Issued as to Ralph Soto a/k/a Wilfredo Gomez for October 5, 2006 at 9:00am in case as to Scott Boidi (Lyness, Paul) |

| | | |
|---|---|---|
| | | (Entered: 09/29/2006) |
| 09/29/2006 | ❑ | ElectronicClerk's Notes for proceedings held before Judge George A. O'Toole Jr.:Jury Trial as to Scott Boidi held on 9/29/2006. Testimony of government's witness Dominick Mazzeo continue. Evidence presented. (Court Reporter Shelly Killian.) (Lyness, Paul) (Entered: 09/29/2006) |
| 10/03/2006 | ❑ | ElectronicClerk's Notes for proceedings held before Judge George A. O'Toole Jr.:Jury Trial as to Scott Boidi held on 10/3/2006. Testimony of witness Dominick Mazzeo concludes. Testimony of government's witnesses Thomas Brennan and James MacLellan given. Evidence presented. (Court Reporter Shelly Killian.) (Lyness, Paul) (Entered: 10/03/2006) |
| 10/04/2006 | ❑ | ElectronicClerk's Notes for proceedings held before Judge George A. O'Toole Jr.:Jury Trial as to Scott Boidi held on 10/4/2006. Testimony of government's witnesses Robert Brennan and Lynn DeMita given. Evidence presented. (Court Reporter Shelly Killian.) (Lyness, Paul) (Entered: 10/05/2006) |
| 10/05/2006 | ❑ | ElectronicClerk's Notes for proceedings held before Judge George A. O'Toole Jr.:Jury Trial as to Scott Boidi held on 10/5/2006. Testimony of government witnesses Pamela Ortiz, Barbara Ogbomo and Michael Norton given. Testimony of government witness Rafael Soto begins. Evidence presented. (Court Reporter Shelly Killian.) (Lyness, Paul) (Entered: 10/05/2006) |
| 10/06/2006 | ❑94 | Writ of Habeas Corpus ad Testificandum Issued as to Ralph Soto a/k/a Wilfredo Gomez for October 10, 2006 at 9:00am in case as to Scott Boidi (Lyness, Paul) (Entered: 10/06/2006) |
| 10/06/2006 | ❑ | ElectronicClerk's Notes for proceedings held before Judge George A. O'Toole Jr.:Jury Trial as to Scott Boidi held on 10/6/2006. Testimony of government witness Rafael Soto continues. Testimony of government witness Hector Vega begins. Evidence presented. (Court Reporter Shelly Killian.) (Lyness, Paul) (Entered: 10/06/2006) |
| 10/10/2006 | ❑ | ElectronicClerk's Notes for proceedings held before Judge George A. O'Toole Jr.:Jury Trial as to Scott Boidi held on 10/10/2006. Testimony of government's witnesses Rafael Soto and Hector Vega concludes. Testimony of government witness Ken MacLean begins. Evidence presented. (Court Reporter Don Womack and Shelly Killian.) (Lyness, Paul) (Entered: 10/10/2006) |
| 10/10/2006 | ❑95 | Arrest Warrant Returned Executed on September 15, 2006 for Material Witness Hector Vega as to Scott Boidi (Edge, Eugenia) (Entered: 10/10/2006) |
| 10/10/2006 | ❑96 | Proposed Jury Instructions by Scott Boidi (Horstmann, Peter) (Entered: 10/10/2006) |
| 10/11/2006 | ❑ | ElectronicClerk's Notes for proceedings held before Judge George A. O'Toole Jr.:Jury Trial as to Scott Boidi held on 10/11/2006. Testimony of government's witness Ken MacLean concludes. Testimony of government witnesses Robert Luskin and Michael Transghese given. Evidence presented. Charging conference is held. (Court Reporter Shelly Killian.) (Lyness, Paul) (Entered: 10/12/2006) |
| 10/12/2006 | ❑ | ElectronicClerk's Notes for proceedings held before Judge George A. O'Toole Jr.:Jury Trial as to Scott Boidi held on 10/12/2006. Stipulations are read by counsel. Both sides rest. Defendant's Rule 29 motion is DENIED by the court. Defendant withdraws exhibit 21 as duplicative of government exhibit. 12:20pm-The court begins its charge- 1:15pm; Jury takes a lunch break; 1:45pm- |

| | | Government closing- 2:45pm; 2:50pm- Defendant closing-3:35pm; 3:36pm-gov't rebuttal-3:45pm; 3:46pm- Court concludes its charge- 4:15pm; The jury begins its deliberations. (Court Reporter Shelly Killian.) (Lyness, Paul) (Entered: 10/13/2006) |
|---|---|---|
| 10/13/2006 | ❏ | ElectronicClerk's Notes for proceedings held before Judge George A. O'Toole Jr.:Jury Trial as to Scott Boidi held on 10/13/2006. The jury resumes deliberations at 9:00am. Lunch is brought up to the jury at 12:30pm. The jury reach a verdict at 12:50pm. ( Exhibits are returned to the government) (Court Reporter Shelly Killian.) (Lyness, Paul) (Entered: 10/13/2006) |
| 10/13/2006 | 97 | JURY VERDICT as to Scott Boidi (1) Guilty on Count 1sss,2sss-4sss,5sss,6sssScott Boidi (1) Not Guilty on Count 7sss,8sss-9sss. (Lyness, Paul) (Entered: 10/16/2006) |
| 10/13/2006 | 98 | EXHIBIT/WITNESS LIST (Lyness, Paul) Additional attachment(s) added on 10/16/2006 (Lyness, Paul). (Entered: 10/16/2006) |
| 10/13/2006 | 99 | Judge George A. O'Toole Jr.: ORDER entered. PROCEDURAL ORDER re sentencing hearing as to Scott Boidi Sentencing set for 1/17/2007 02:00 PM in Courtroom 9 before Judge George A. O'Toole Jr.. (Lyness, Paul) (Entered: 10/16/2006) |
| 10/13/2006 | ❏ | ELECTRONIC NOTICE OF HEARING as to Scott BoidiHearing on the question of forfeiture set for 11/2/2006 02:00 PM in Courtroom 9 before Judge George A. O'Toole Jr.. Please mark your calendars accordingly.(Lyness, Paul) (Entered: 10/16/2006) |
| 10/17/2006 | 100 | MOTION for Forfeiture of Property as to Scott Boidiby USA. (Attachments: # 1 Text of Proposed Order Order of Forfeiture)(Barclay, Kristina) (Entered: 10/17/2006) |
| 10/20/2006 | 101 | MOTION for Acquittal *and/or for New Trial* as to Scott Boidi. (Horstmann, Peter) (Entered: 10/20/2006) |
| 10/27/2006 | 102 | Emergency MOTION for Release from Custody as to Scott Boidi. (Horstmann, Peter) (Entered: 10/27/2006) |
| 10/31/2006 | ❏ | Judge George A. O'Toole Jr.: Electronic ORDER entered terminating 55 Motion in Limine as to Scott Boidi (1); terminating 57 Motion in Limine as to Scott Boidi (1); terminating 86 Motion for Order as to Scott Boidi (1) as the issues related to these motions were resolved at trial. (Lyness, Paul) (Entered: 10/31/2006) |
| 11/01/2006 | 103 | Opposition by USA as to Scott Boidi re 102 Emergency MOTION for Release from Custody (Kaplan, Laura) (Entered: 11/01/2006) |
| 11/01/2006 | 104 | Opposition by USA as to Scott Boidi re 101 MOTION for Acquittal *and/or for New Trial* (Kaplan, Laura) (Entered: 11/01/2006) |
| 11/02/2006 | ❏ | ElectronicClerk's Notes for proceedings held before Judge George A. O'Toole Jr.:Forfeiture Hearing as to Scott Boidi held on 11/2/2006, Defendant's Rule 29 motion is DENIED. The court holds off on ruling on the other two motions until it receives more information. Motions terminated as to Scott Boidi: Status Conference set for 11/14/2006 02:15 PM in Courtroom 9 before Judge George A. O'Toole Jr.. (Court Reporter Shelly Killian.) (Lyness, Paul) (Entered: 11/02/2006) |

| 11/13/2006 | ○ | ELECTRONIC NOTICE CANCELLING DEADLINE as to Scott Boidi. Deadline cancelled: The status conference scheduled for 11/14/06 at 2:15 is cancelled. Counsel to be norified by the court of new date. (Lyness, Paul) (Entered: 11/13/2006) |
| 11/13/2006 | ○ | Reset Hearings as to Scott Boidi: Status Conference set for 12/14/2006 02:00 PM in Courtroom 9 before Judge George A. O'Toole Jr.. Please mark your calendars accordingly. (Lyness, Paul) (Entered: 11/13/2006) |
| 11/20/2006 | 105 | **Main document incorrect. Should have been attached to entry 106. Atty. refiled ALL DOCUMENTS (see #107)*** Supplemental MEMORANDUM in Support by Scott Boidi re 102 Emergency MOTION for Release from Custody (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3)(Horstmann, Peter) Modified on 11/21/2006 (Edge, Eugenia). (Entered: 11/20/2006) |
| 11/20/2006 | 106 | Assented to MOTION to Continue *status conference* to 12/11/06 as to Scott Boidi. (Horstmann, Peter) Modified on 11/21/2006 (Edge, Eugenia). (Entered: 11/20/2006) |
| 11/20/2006 | 107 | Supplemental MEMORANDUM in Support by Scott Boidi re 102 Emergency MOTION for Release from Custody (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3)(Horstmann, Peter) (Entered: 11/20/2006) |
| 11/21/2006 | ○ | Notice of correction to docket made by Court staff. Correction: Entry 105 corrected because: Wrong doc attached. Atty. Refiled (see entry #107) attaching correct document. as to Scott Boidi (Edge, Eugenia) Modified on 11/27/2006 (Edge, Eugenia). (Entered: 11/21/2006) |
| 11/30/2006 | ○ | Judge George A. O'Toole Jr.: Electronic ORDER entered granting 106 Motion to Continue as to Scott Boidi (1) Status Conference set for 12/11/2006 02:00 PM in Courtroom 9 before Judge George A. O'Toole Jr.. Please mark your calendars accordingly. (Lyness, Paul) (Entered: 11/30/2006) |
| 12/08/2006 | 108 | **See entry #109** AFFIDAVIT of Claire Honen in support 103 Opposition to Motion filed by USA, from Administrator, Health Service for Plymouth County Correctional Facility by USA as to Scott Boidi. Affidavit (not scanned) contains personal identifiers as to Defendant. (Edge, Eugenia) Modified on 12/12/2006 (Edge, Eugenia). (Entered: 12/08/2006) |
| 12/11/2006 | ○ | ElectronicClerk's Notes for proceedings held before Judge George A. O'Toole Jr.:Motion Hearing as to Scott Boidi held on 12/11/2006 re 102 Emergency MOTION for Release from Custody filed by Scott Boidi, After oral argument the court DENIES this motion. The question of forfeiture will be resolved either earlier than the time of sentence or at the sentence, Motions terminated as toScott Boidi: (Court Reporter Shelly Killian.) (Lyness, Paul) (Entered: 12/12/2006) |
| 12/12/2006 | 109 | AFFIDAVIT of Director Clare Honen by USA as to Scott Boidi (Lyness, Paul) (Entered: 12/12/2006) |
| 01/08/2007 | ○ | ELECTRONIC NOTICE OF HEARING as to Scott BoidiHearing set for 1/17/2007 02:15 PM in Courtroom 9 before Judge George A. O'Toole Jr.. Please mark your calendars accordingly. (Lyness, Paul) (Entered: 01/08/2007) |
| 01/12/2007 | 110 | Opposition by Scott Boidi re 102 Emergency MOTION for Release from Custody (Attachments: # 1 Affidavit)(Horstmann, Peter) (Entered: 01/12/2007) |
| | ○ | |

| 01/16/2007 | | REMARK- as to Scott Boidi: The request by Probation to continue the sentence is being GRANTED. Defendant's request for release due to medical issue is being DENIED. The new sentence date is 2/28/07 at 2:00pm in Courtroom 9 on the 3rd floor. Probation shall disclose the initial Report by 1/24/07; Counsel to respond to report by 2/7/07. The hearing scheduled for 1/17/07 at 2:15pm is cancelled. (Lyness, Paul) Modified on 1/16/2007 (Edge, Eugenia). (Entered: 01/16/2007) |
| 01/16/2007 | ❑ | Set/Reset Hearings as to Scott Boidi: Sentencing set for 2/28/2007 02:00 PM in Courtroom 9 before Judge George A. O'Toole Jr.. NO FURTHER CONTINUANCES WILL BE GRANTED. (Lyness, Paul) (Entered: 01/16/2007) |
| 02/15/2007 | 111 | SENTENCING MEMORANDUM by USA as to Scott Boidi (Kaplan, Laura) (Entered: 02/15/2007) |
| 02/16/2007 | 112 | SENTENCING MEMORANDUM by Scott Boidi (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3)(Horstmann, Peter) (Entered: 02/16/2007) |
| 02/28/2007 | ❑ | ElectronicClerk's Notes for proceedings held before Judge George A. O'Toole Jr.:Sentencing held on 2/28/2007 for Scott Boidi (1), Count(s) 1sss, 84 months on counts 1sss and 5sss to run concurrent with each other; 60 months on counts 2sss-4sss to run concurrent with each other and with the sentence imposed on counts 1sss and 5sss; 48 months on count 6sss to run concurrent with sentence on counts 1sss-5sss. The court recommends to the Bureau of Prisons that they take into account the defendant's family circumstances when designating a facility. The court also recommends that the defendant participate in the Bureau of Prisons' 500-HOur Residential Drug Abuse Program. Defendant is remanded to the United States Marshal. 4 years supervised release on count 5sss; 3 years on counts 1sss-4sss to run concurrent with each other and with count 5sss; 12 months on count 6sss to run concurrent with the sentence on counts 1sss-5sss. ( See the Judgment and Commitment Order for the special conditions). Defendant is assessed 600.00. Defendant is to pay a restitution in the total amount of 13,000.00. $7,434.63 to be paid to Fidelity & Deposit Co. of MD and $5,565.37 to LIUNA, Local 88. The restitution shall be paid immediately or according to a schedule set up by probation, or, if necessary, by the court after a hearing. Any payment made, that is not payment in full shall be divided proportionately among the parties named. Payments shall be made to the Clerk, US District Court for transfer to the victims previously listed. Fine is waived.; Count(s) 2sss-4sss, 84 months on counts 1sss and 5sss to run concurrent with each other; 60 months on counts 2sss-4sss to run concurrent with each other and with the sentence imposed on counts 1sss and 5sss; 48 months on count 6sss to run concurrent with sentence on counts 1sss-5sss. The court recommends to the Bureau of Prisons that they take into account the defendant's family circumstances when designating a facility. The court also recommends that the defendant participate in the Bureau of Prisons' 500-HOur Residential Drug Abuse Program. Defendant is remanded to the United States Marshal. 4 years supervised release on count 5sss; 3 years on counts 1sss-4sss to run concurrent with each other and with count 5sss; 12 months on count 6sss to run concurrent with the sentence on counts 1sss-5sss. ( See the Judgment and Commitment Order for the special conditions). Defendant is assessed 600.00. Defendant is to pay a restitution in the total amount of 13,000.00. $7,434.63 to be paid to Fidelity & Deposit Co. of MD and $5,565.37 to LIUNA, Local 88. The restitution shall be paid immediately or according to a schedule set up by probation, or, if necessary, by the court after a hearing. Any payment made, that is not payment in full shall be divided proportionately among the parties named. |

Payments shall be made to the Clerk, US District Court for transfer to the victims previously listed. Fine is waived.; Count(s) 5sss, 84 months on counts 1sss and 5sss to run concurrent with each other; 60 months on counts 2sss-4sss to run concurrent with each other and with the sentence imposed on counts 1sss and 5sss; 48 months on count 6sss to run concurrent with sentence on counts 1sss-5sss. The court recommends to the Bureau of Prisons that they take into account the defendant's family circumstances when designating a facility. The court also recommends that the defendant participate in the Bureau of Prisons' 500-HOur Residential Drug Abuse Program. Defendant is remanded to the United States Marshal. 4 years supervised release on count 5sss; 3 years on counts 1sss-4sss to run concurrent with each other and with count 5sss; 12 months on count 6sss to run concurrent with the sentence on counts 1sss-5sss. ( See the Judgment and Commitment Order for the special conditions). Defendant is assessed 600.00. Defendant is to pay a restitution in the total amount of 13,000.00. $7,434.63 to be paid to Fidelity & Deposit Co. of MD and $5,565.37 to LIUNA, Local 88. The restitution shall be paid immediately or according to a schedule set up by probation, or, if necessary, by the court after a hearing. Any payment made, that is not payment in full shall be divided proportionately among the parties named. Payments shall be made to the Clerk, US District Court for transfer to the victims previously listed. Fine is waived.; Count(s) 6sss, 84 months on counts 1sss and 5sss to run concurrent with each other; 60 months on counts 2sss-4sss to run concurrent with each other and with the sentence imposed on counts 1sss and 5sss; 48 months on count 6sss to run concurrent with sentence on counts 1sss-5sss. The court recommends to the Bureau of Prisons that they take into account the defendant's family circumstances when designating a facility. The court also recommends that the defendant participate in the Bureau of Prisons' 500-HOur Residential Drug Abuse Program. Defendant is remanded to the United States Marshal. 4 years supervised release on count 5sss; 3 years on counts 1sss-4sss to run concurrent with each other and with count 5sss; 12 months on count 6sss to run concurrent with the sentence on counts 1sss-5sss. ( See the Judgment and Commitment Order for the special conditions). Defendant is assessed 600.00. Defendant is to pay a restitution in the total amount of 13,000.00. $7,434.63 to be paid to Fidelity & Deposit Co. of MD and $5,565.37 to LIUNA, Local 88. The restitution shall be paid immediately or according to a schedule set up by probation, or, if necessary, by the court after a hearing. Any payment made, that is not payment in full shall be divided proportionately among the parties named. Payments shall be made to the Clerk, US District Court for transfer to the victims previously listed. Fine is waived.. (Court Reporter Shelly Killian.) (Lyness, Paul) (Entered: 03/01/2007)

| 03/01/2007 |  113 | Judge George A. O'Toole Jr.: ORDER entered. JUDGMENT as to Scott Boidi (1), Count(s) 1sss, 84 months on counts 1sss and 5sss to run concurrent with each other; 60 months on counts 2sss-4sss to run concurrent with each other and with the sentence imposed on counts 1sss and 5sss; 48 months on count 6sss to run concurrent with sentence on counts 1sss-5sss. The court recommends to the Bureau of Prisons that they take into account the defendant's family circumstances when designating a facility. The court also recommends that the defendant participate in the Bureau of Prisons' 500-HOur Residential Drug Abuse Program. Defendant is remanded to the United States Marshal. 4 years supervised release on count 5sss; 3 years on counts 1sss-4sss to run concurrent with each other and with count 5sss; 12 months on count 6sss to run concurrent with the sentence on counts 1sss-5sss. ( See the Judgment and Commitment Order for the special conditions). Defendant is assessed 600.00. Defendant is to |

pay a restitution in the total amount of 13,000.00. $7,434.63 to be paid to Fidelity & Deposit Co. of MD and $5,565.37 to LIUNA, Local 88. The restitution shall be paid immediately or according to a schedule set up by probation, or, if necessary, by the court after a hearing. Any payment made, that is not payment in full shall be divided proportionately among the parties named. Payments shall be made to the Clerk, US District Court for transfer to the victims previously listed. Fine is waived.; Count(s) 2sss-4sss, 84 months on counts 1sss and 5sss to run concurrent with each other; 60 months on counts 2sss-4sss to run concurrent with each other and with the sentence imposed on counts 1sss and 5sss; 48 months on count 6sss to run concurrent with sentence on counts 1sss-5sss. The court recommends to the Bureau of Prisons that they take into account the defendant's family circumstances when designating a facility. The court also recommends that the defendant participate in the Bureau of Prisons' 500-HOur Residential Drug Abuse Program. Defendant is remanded to the United States Marshal. 4 years supervised release on count 5sss; 3 years on counts 1sss-4sss to run concurrent with each other and with count 5sss; 12 months on count 6sss to run concurrent with the sentence on counts 1sss-5sss. ( See the Judgment and Commitment Order for the special conditions). Defendant is assessed 600.00. Defendant is to pay a restitution in the total amount of 13,000.00. $7,434.63 to be paid to Fidelity & Deposit Co. of MD and $5,565.37 to LIUNA, Local 88. The restitution shall be paid immediately or according to a schedule set up by probation, or, if necessary, by the court after a hearing. Any payment made, that is not payment in full shall be divided proportionately among the parties named. Payments shall be made to the Clerk, US District Court for transfer to the victims previously listed. Fine is waived.; Count(s) 5sss, 84 months on counts 1sss and 5sss to run concurrent with each other; 60 months on counts 2sss-4sss to run concurrent with each other and with the sentence imposed on counts 1sss and 5sss; 48 months on count 6sss to run concurrent with sentence on counts 1sss-5sss. The court recommends to the Bureau of Prisons that they take into account the defendant's family circumstances when designating a facility. The court also recommends that the defendant participate in the Bureau of Prisons' 500-HOur Residential Drug Abuse Program. Defendant is remanded to the United States Marshal. 4 years supervised release on count 5sss; 3 years on counts 1sss-4sss to run concurrent with each other and with count 5sss; 12 months on count 6sss to run concurrent with the sentence on counts 1sss-5sss. ( See the Judgment and Commitment Order for the special conditions). Defendant is assessed 600.00. Defendant is to pay a restitution in the total amount of 13,000.00. $7,434.63 to be paid to Fidelity & Deposit Co. of MD and $5,565.37 to LIUNA, Local 88. The restitution shall be paid immediately or according to a schedule set up by probation, or, if necessary, by the court after a hearing. Any payment made, that is not payment in full shall be divided proportionately among the parties named. Payments shall be made to the Clerk, US District Court for transfer to the victims previously listed. Fine is waived.; Count(s) 6sss, 84 months on counts 1sss and 5sss to run concurrent with each other; 60 months on counts 2sss-4sss to run concurrent with each other and with the sentence imposed on counts 1sss and 5sss; 48 months on count 6sss to run concurrent with sentence on counts 1sss-5sss. The court recommends to the Bureau of Prisons that they take into account the defendant's family circumstances when designating a facility. The court also recommends that the defendant participate in the Bureau of Prisons' 500-HOur Residential Drug Abuse Program. Defendant is remanded to the United States Marshal. 4 years supervised release on count 5sss; 3 years on counts 1sss-4sss to run concurrent with each other and with count 5sss; 12 months on count 6sss to run concurrent with the sentence on counts 1sss-5sss.

| | | ( See the Judgment and Commitment Order for the special conditions). Defendant is assessed 600.00. Defendant is to pay a restitution in the total amount of 13,000.00. $7,434.63 to be paid to Fidelity & Deposit Co. of MD and $5,565.37 to LIUNA, Local 88. The restitution shall be paid immediately or according to a schedule set up by probation, or, if necessary, by the court after a hearing. Any payment made, that is not payment in full shall be divided proportionately among the parties named. Payments shall be made to the Clerk, US District Court for transfer to the victims previously listed. Fine is waived. (Lyness, Paul) (Entered: 03/01/2007) |
|---|---|---|
| 03/02/2007 | 114 | Judge George A. O'Toole Jr.: ORDER entered. AMENDED JUDGMENT as to Scott Boidi (1),The years for offense concluded on counts 3sss,4sss,5sss have been modified (Entered: 03/02/2007) |
| 03/02/2007 | 115 | NOTICE OF APPEAL by Scott Boidi NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 3/22/2007. (Horstmann, Peter) (Entered: 03/02/2007) |
| 03/02/2007 | 116 | Assented to MOTION to Dismiss *original indictment, first superceding indictment and second superceding indictment* as to Scott Boidiby USA. (Sullivan, Suzanne) (Entered: 03/02/2007) |
| 03/06/2007 | | Judge George A. O'Toole Jr.: Electronic ORDER entered granting 116 Motion to Dismiss as to Scott Boidi (1) (Lyness, Paul) (Entered: 03/06/2007) |