# United States Court of Appeals
## For the First Circuit

No.07-1527

UNITED STATES,

Appellee,

v.

SCOTT BOIDI,

Defendant - Appellant.

Before

Boudin, <u>Chief Judge</u>

**ORDER OF COURT**

Entered: January 17, 2008

On 8/31/07, transcripts of the following proceedings were ordered from Court Reporter Killian in Cr. No. 05-10025(D. Mass.): 10/12/06 proceedings and 2/28/07 sentencing. The initial due date for these transcripts was 10/30/07. On 11/6/07, Court Reporter Killian filed an extension motion and the due date was enlarged to 12/3/07. By orders dated 11/5/07, 12/17/07, and 12/20/07, Court Reporter Killian was notified that the transcripts were overdue and asked to take action. No action has been taken and the transcripts remain overdue. The order has been pending for 140 days.

Court Reporter Killian is directed to file the outstanding transcripts by 1/31/08 or show good cause, in writing, why this matter should not be referred to someone designated by this court to hold a contempt hearing and produce a recommendation.

Upon completion of the transcripts, a Certification of Filing Transcript Form must be filed promptly with the Court of Appeals indicating that the transcripts have been filed in the district court and that a copy was provided to the ordering party.

A response should include a detailed explanation why the transcripts are not completed, the number of pages completed, the number of pages remaining to be completed, the date the transcripts

will be completed, and any extenuating circumstances that the reporter wishes to bring to the court's attention.

Failure to either file the outstanding transcripts or respond to this order by **1/31/08** will lead to this court issuing an order referring the matter for a contempt hearing.

A certified copy of this order will be forwarded to the district judge in accordance with Fed. R. App. P. 11(b)(1)(D).

By the Court:
Richard Cushing Donovan, Clerk

By: _____
Margaret Carter, Chief Deputy Clerk

[Certified Copies: Honorable Judge O'Toole, Sarah Allison Thornton, Clerk, United States District Court for the District of Massachusetts]

[cc: Shelly Killian, Court Reporter, Deborah Scalfani, Court Reporter Supervisor, Laura Kaplan, AUSA, Suzanne M. Sullivan, AUSA, Dina M. Chaitowitz, AUSA, Terrance McCarthy, Esq.]