UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>　　　　Plaintiff, )<br> )<br>　　v. )<br> )<br>SCOTT BOIDI )<br>　　　　Defendant. ) | COURT NO.  1:05-CR-10025-001-GAO |

### SATISFACTION OF JUDGMENT

Now comes the plaintiff, the United States of America, and acknowledges satisfaction of the assessment, restitution and/or fine Judgment as to the defendant in the above-captioned matter, Scott Boidi, by payment in full.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　CARMEN M. ORTIZ
　　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　By:　 /s/  Brendan T. Mockler
　　　　　　　　　　　　　　　　　　　BRENDAN T. MOCKLER
　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　Bar Admission Number 4549382 (NY)
　　　　　　　　　　　　　　　　　　　1 Courthouse Way, Suite 9200
　　　　　　　　　　　　　　　　　　　Boston, MA 02210
　　　　　　　　　　　　　　　　　　　Tel. No. (617) 748-3197
　　　　　　　　　　　　　　　　　　　Fax No. (617) 748-3972
　　　　　　　　　　　　　　　　　　　brendan.mockler@usdoj.gov

DATE: July 21, 2016

### CERTIFICATE OF SERVICE

　　I hereby certify that on July 21, 2016, this document was filed through the ECF system and sent to Scott Boidi located in Pembroke, MA, and sent electronically to any registered participants and/or a paper copy was sent by mail to those indicated as non-registered participants.

　　　　　　　　　　　　　　　　　　　  /s/ Brendan T. Mockler
　　　　　　　　　　　　　　　　　　　BRENDAN T. MOCKLER
　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney